# EXHIBIT A

## Correspondence with Mr. Blackburn

| | |
|---|---|
| **From:** | Griffith, Greer |
| **To:** | Tyrone Anthony Blackburn, Esq. |
| **Cc:** | Diskant, Ted; Linsky, Lisa; Erica Wolff |
| **Subject:** | RE: Gardner v. Combs, et al. – Notice of Removal |
| **Date:** | Monday, July 15, 2024 2:57:08 PM |

Mr. Blackburn,

I hope you had a nice weekend.  I just wanted to follow up on our emails from Friday.  We plan to submit a letter to the court later today asking it to extend the deadline to move, answer, or otherwise respond to the Complaint to September 25, which we understand to be the same deadline you have already agreed to for Mr. Combs. We felt it made the most sense to have all defendants be on the same schedule so that the Court did not have to deal with multiple rounds of motion practice.  Moreover, given that you plan to file a motion for remand, we imagine the Court will want to address that before dealing with any further motion practice.

We are hoping we can note your consent to this request, but if you could please let us know your position by the end of the day, we will include it with our letter.

Thanks,
Greer

GREER GRIFFITH
Partner

**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5578     **Mobile** +1 215 913 1418     **Email** ggriffith@mwe.com
Biography | Website | vCard | LinkedIn

---

**From:** Griffith, Greer
**Sent:** Friday, July 12, 2024 4:53 PM
**To:** Tyrone Anthony Blackburn, Esq. <tblackburn@tablackburnlaw.com>
**Cc:** Diskant, Ted <Ediskant@mwe.com>; Linsky, Lisa <llinsky@mwe.com>; Erica Wolff <EWolff@shertremonte.com>
**Subject:** RE: Gardner v. Combs, et al. – Notice of Removal

Mr. Blackburn,

Thanks for letting us know.  In the interim, and so as to permit you time to file your motion for remand – and the Court to address it – we would like to ask the Court to set the date for defendants to move to dismiss or otherwise answer the Complaint for September 25, 2024. May we indicate your consent to that request? If not, please let us know, too, and we'll note your objection.

Best,
Greer

GREER GRIFFITH
Partner

**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5578    **Mobile** +1 215 913 1418    **Email** ggriffith@mwe.com
Biography | Website | vCard | LinkedIn

---

**From:** Tyrone Anthony Blackburn, Esq. <tblackburn@tablackburnlaw.com>
**Sent:** Friday, July 12, 2024 3:59 PM
**To:** Griffith, Greer <Ggriffith@mwe.com>
**Cc:** Diskant, Ted <Ediskant@mwe.com>; Linsky, Lisa <llinsky@mwe.com>; Erica Wolff <EWolff@shertremonte.com>
**Subject:** Re: Gardner v. Combs, et al. – Notice of Removal

**[ External Email ]**

Thank you for sharing.  I will prepare a motion for remand.

Regards,

*Tyrone A. Blackburn, Esq.*
T. A. Blackburn Law, PLLC
TABlackburnlaw.com

_____

Please note that the use of the internet for communications with the firm will not establish an attorney-client relationship, and messages containing confidential or time-sensitive information should not be sent via this media.

CONFIDENTIALITY NOTICE TO RECIPIENT(S): This e-mail transmission (and/or the attachment(s) accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of any information in this transmission or the taking of any action in reliance on the contents of this transmission is strictly prohibited. Any unauthorized interception of this transmission is illegal under the law. If you have received this transmission in error, please promptly notify the sender by reply e-mail and then destroy all copies of this transmission. Thank you.

CAUTIONARY NOTICE TO AUTHORIZED RECIPIENT(S): Unless the recipient(s) and the law firm transmitting this message are parties to a signed retainer agreement binding the law firm to act as attorney for the recipient(s), neither this law firm nor any attorney in

its employ is (or may be deemed to be) acting as such attorney. Any message or data sent to any recipient(s) as a courtesy is without the benefit of any actual knowledge about the particular situation of such recipient(s) and is without any "due diligence" or similar inquiry on the part of this firm. Everything stated is purely a general comment or suggestion based upon the limited facts presented to this firm.

On Jul 12, 2024, at 3:52 PM, Griffith, Greer <Ggriffith@mwe.com> wrote:

Mr. Blackburn,

Please find attached courtesy copies of the following documents which we filed today in the U.S. District Court for the District of New Jersey on behalf of those defendants who have been served in *Gardner v. Combs, et al.*, No. BER-L-003365-24, removing the case to federal court:

- Notice of Removal with Exhibits of *Gardner v. Combs, et al.*, No. BER-L-003365-24  (filed on federal court docket)
- Corporate Disclosure Statement (filed on federal court docket)
- Notice of Appearance (filed on federal court docket)
- Notice of Notice of Removal (filed on state court docket)

In addition, we would like to get a briefing schedule in place for defendants' anticipated motion to dismiss.  We understand that you and counsel for Mr. Combs have discussed a deadline of September 25, 2024 for the filing of a motion to dismiss prior to removal.  So as to avoid having multiple briefing schedules in place, we would propose that all served defendants in the case file any motions to dismiss by September 25.  Please let us know if that works for you, and if so we can put together a proposed order for the Court.  We would also be open to including a date for your brief in opposition if you would like us to – if so, please let us know what date you would like us to include.

Thanks,
Greer

GREER GRIFFITH
Partner
**McDermott Will & Emery LLP**  One Vanderbilt Avenue, New York, NY 10017-3852
**Tel** +1 212 547 5578     **Mobile** +1 215 913 1418     **Email** ggriffith@mwe.com
Biography | Website | vCard | LinkedIn


******************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a

private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*********************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.