UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>                      *Plaintiff*,<br><br>v.<br><br>SEAN COMBS,<br>AARON HALL,<br>UPTOWN RECORDS,<br>MCA INC.,<br>UNIVERSAL MUSIC GROUP,<br>JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote unidentified entities responsible for this occurrence),<br><br>                      *Defendants*. | Civil Action No. 24-7729 |

## [PROPOSED] ORDER

      The request is granted for a scheduling order for Defendants Sean Combs and Defendant UMG Recordings, Inc. (incorrectly sued herein as Defendants Uptown Records, MCA Inc., and Universal Music Group) (hereinafter "UMGR") to answer, move, or otherwise respond to the complaint thirty (30) days after resolution of Plaintiff Liza Gardner's anticipated motion for remand or by September 25, 2024, whichever date is later.  Defendants Sean Combs and UMGR shall answer, move, or otherwise respond to the Complaint on or before thirty (30) days after resolution of any motion for remand or on or before September 25, 2024, whichever date is later.

**IT IS SO ORDERED**

Entered on this _____ day of _____, 2024.

                                                                        _____
                                                                        The Honorable Leo M. Gordon