UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>SEAN COMBS, AARON HALL, et al.<br><br>　　　　Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No. 24-7729 |

　　Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name: Lisa Linsky

Address: McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017

E-mail: llinsky@mwe.com

(One email address only)

DNJ-CMECF-002