UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN COMBS, AARON HALL, UPTOWN RECORDS, MCA INC., UNIVERSAL MUSIC GROUP, JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence),<br><br>    Defendants. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:24-cv-07729 |

## ORDER

Upon consideration of the request of Defendant Sean Combs and Defendant UMG Recordings, Inc. (incorrectly sued herein as Defendants Uptown Records, MCA Inc., and Universal Music Group) (hereinafter "UMGR") for a scheduling order to answer, move, or otherwise respond to the complaint no later than 30 days after resolution of Plaintiff Liza Gardner's anticipated motion for remand, or by September 25, 2024, whichever date is later, and Plaintiff's consent via a conference call held with the parties on July 30, 2024; and upon due deliberation, it is hereby

**ORDERED** that Defendants' request is granted; and it is further

Court No. 2:24-cv-07729 Page 2

**ORDERED** that Defendants shall answer, move, or otherwise respond to the complaint no later than 30 days after resolution of Plaintiff Liza Gardner's anticipated motion for remand, or by September 25, 2024, whichever date is later.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: July 31, 2024
    Newark, New Jersey