# SHER TREMONTE LLP

September 11, 2024

**BY ECF**

The Honorable Leo M. Gordon
United States Court of International Trade
One Federal Plaza
New York, NY 10278

        Re:    *Gardner v. Combs et al.*, **Docket No. 24-cv-07729**

Dear Judge Gordon:

      We represent Defendant Sean Combs ("Mr. Combs") in the above-referenced action. In accordance with Your Honor's direction during the Status Conference held on September 10, 2024 (the "Conference"), counsel for Combs submits the attached proposed order, for the Court's review, setting forth the filing and briefing schedule agreed to at the Conference by counsel for Mr. Combs, Defendant UMG Recordings, Inc. (incorrectly sued herein as Defendants Uptown Records, MCA Inc., and Universal Music Group), and Plaintiff Liza Gardner.

      We thank the Court for its consideration.

      Respectfully,

      */s/ Yonatan Y. Jacobs*
      Yonatan Y. Jacobs (NJ Bar No.: 022512010)
      Erica A. Wolff (appearing *pro hac vice*)
      Michael Tremonte (appearing *pro hac vice*)

Enclosure/Attachment

cc:    All counsel of Record via ECF