McDermott Will & Emery LLP
Jessica Greer Griffith
(New Jersey Bar No. 126432014)
Edward B. Diskant (*pro hac vice*)
Lisa A. Linsky (*pro hac vice*)
Max J. Kellogg (*pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Tel: (212) 547-5578
GGriffith@mwe.com
EDiskant@mwe.com
LLinsky@mwe.com
MKellogg@mwe.com

Elizabeth A. Rodd (*pro hac vice*)
200 Clarendon Street
Boston, MA 02116
Tel: (617) 535-4040
Erodd@mwe.com

*Attorneys for Defendants UMG Recordings, Inc.
and Universal Music Group, N.V.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>*Plaintiff*,<br><br>v.<br><br>SEAN COMBS,<br>AARON HALL,<br>DONALD EARLE DEGRATE J., AKA DEVANTE SWING, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, N.V.,<br>JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote unidentified entities responsible for this occurrence),<br><br>*Defendants*. | Civil Action No. 24-cv-07729<br><br>**Oral Argument Requested** |

**DEFENDANTS UMG RECORDINGS INC. AND UNIVERSAL MUSIC GROUP, N.V'S
NOTICE OF MOTION TO DISMISS COUNTS III-X OF THE AMENDED COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)**

**PLEASE TAKE NOTICE** that on March 3, 2025, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants UMG Recordings, Inc. and Universal Music Group, N.V. ("UMG Defendants"), shall move before the Honorable Leo M. Gordon, United States Judge of the United States Court of International Trade (sitting by designation in the United States District Court for the District of New Jersey), for an Order granting UMG Defendants' Motion to Dismiss Counts III-X of the Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6);

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, UMG Defendants will rely on the Memorandum of Law in Support of the Motion to Dismiss Counts III-X of the Amended Complaint filed contemporaneously herewith;

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested pursuant to Local Rule 78.1; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

Date:  December 17, 2024                                   Respectfully submitted,

By:  */s/ Jessica Greer Griffith*
Jessica Greer Griffith
New Jersey Bar No. 126432014
Edward B. Diskant (*pro hac vice*)
Lisa A. Linsky (*pro hac vice*)
Max J. Kellogg (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
Tel: (212) 547-5400
ggriffith@mwe.com
ediskant@mwe.com
llinsky@mwe.com
mkellogg@mwe.com

Elizabeth A. Rodd (*pro hac vice*)
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 535-4000
erodd@mwe.com

*Attorneys for Defendants UMG Recordings, Inc. and Universal Music Group, N.V.*

3

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on December 17, 2024, a true and correct copy of the foregoing Notice of Motion, together with copies of the supporting Memorandum of Law and proposed Order, were served on all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jessica Greer Griffith*
Jessica Greer Griffith