UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>                               *Plaintiff*,<br><br>v.<br><br>SEAN COMBS,<br>AARON HALL,<br>DONALD EARLE DEGRATE J., AKA DEVANTE SWING, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, N.V., JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote unidentified entities responsible for this occurrence),<br><br>                               *Defendants*. | Civil Action No. 24-cv-07729 |

**[PROPOSED] ORDER GRANTING DEFENDANTS UMG RECORDINGS INC. AND UNIVERSAL MUSIC GROUP, N.V'S**
**MOTION TO DISMISS COUNTS III-X OF THE AMENDED COMPLAINT**

    **THIS MATTER** having been brought before the Court upon Defendants UMG Recordings, Inc. and Universal Music Group, N.V.'s Motion to Dismiss Counts III-X of the Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (the "Motion"), and the Court having considered the papers submitted in support of and in opposition to the Motion, and the arguments of counsel, and for good cause having been shown:

    **IT IS** on this ___ day of _____, 2025 hereby:

    **ORDERED** that the Motion is GRANTED in its entirety;

    **ORDERED** that the Amended Complaint is hereby DISMISSED WITH PREJUDICE only as to Defendants UMG Recordings, Inc. and Universal Music Group, N.V.

Dated: This ____ day of _____, _____.        _____
                                                                                   Honorable Leo M. Gordon
                                                                                   U.S. Court of International Trade
                                                                                   (sitting by designation in the U.S. District Court
                                                                                   of the District of New Jersey)