**SHER TREMONTE LLP**
Yonatan Y. Jacobs
Erica A. Wolff (admitted *pro hac vice*)
Michael Tremonte (admitted *pro hac vice*)
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
YJacobs@shertremonte.com
EWolff@shertremonte.com
MTremonte@shertremonte.com
*Attorneys for Defendant Sean Combs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>    Plaintiff,<br><br>-against-<br><br>SEAN COMBS, et al.<br><br>    Defendants. | Case No. 24-CV-07729<br><br>**DEFENDANT SEAN COMBS' NOTICE OF MOTION PURSUANT TO DISMISS THE AMENDED COMPLAINT**<br><br>**Oral Argument Requested**<br><br>Return Date: March 17, 2025 |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, Declaration of Yonatan Jacobs, dated December 17, 2024, the exhibits annexed thereto, and upon all prior proceedings had in herein Defendant Sean Combs will move this Court, pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), before the Honorable Leo M. Gordon at the United States Court International Trade Thurgood

Marshall United States Courthouse (sitting by designation in the United States District Court for the District of New Jersey), One Federal Plaza, New York, New York 10278, on March 17, 2025 or as soon thereafter as counsel may be heard, for an order dismissing with prejudice all causes of action asserted against Defendant Sean Combs in Plaintiff's Amended Complaint (ECF No. 42).

Pursuant to the Court's November 8, 2024 Order, answering declarations and memorandum of law, if any, shall be filed on or before Thursday, January 16, 2025, and any reply declarations and memorandum of law shall be filed on or before Tuesday, February 4, 2025, unless otherwise extended by the Court. (ECF No. 49).

Dated: New York, New York
      December 17, 2024

Respectfully submitted,

/s/Yonatan Y. Jacobs

Yonatan Y. Jacobs
Erica A. Wolff
Michael Tremonte
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
Fax: (212) 202-4156
YJacobs@shertremonte.com
EWolff@shertremonte.com
MTremonte@shertremonte.com

*Attorneys for Defendant Sean Combs*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on December 17, 2024, a true and correct copy of the foregoing Notice of Motion, together with copies of the supporting Memorandum of Law, Declaration of Yonatan Jacobs, dated December 17, 2024, the exhibits annexed thereto, and proposed Order, were served on all parties via the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                    */s/ Yonatan Y. Jacobs*
                                                    Yonatan Y. Jacobs