**SHER TREMONTE LLP**
Yonatan Y. Jacobs
Erica A. Wolff (admitted *pro hac vice*)
Michael Tremonte (admitted *pro hac vice*)
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
YJacobs@shertremonte.com
EWolff@shertremonte.com
MTremonte@shertremonte.com
*Attorneys for Defendant Sean Combs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>            Plaintiff,<br><br>    -against-<br><br>SEAN COMBS, et al.<br><br>            Defendants. | Case No. 24-CV-07729 |

### PROPOSED ORDER GRANTING DEFENDANT SEAN COMBS' MOTION TO DISMISS COUNTS I-III, X OF THE AMENDED COMPLAINT

**THIS MATTER** having been brought before the Court upon Defendant Sean Combs' Motion to Dismiss with prejudice all causes of action asserted against him in the Amended Complaint (Counts I-III, X of the Amended Complaint) Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) (the "Motion"), and the Court having considered the papers submitted in support of and in opposition to

the Motion, and the arguments of counsel, and for good cause having been shown:

**IT IS** on this \_\_\_\_ day of _____, 2025 hereby:

**ORDERED** that the Motion is GRANTED in its entirety;

**ORDERED** that the Amended Complaint is hereby DISMISSED WITH PREJUDICE only as to Defendant Sean Combs.

Dated: This \_\_\_\_\_ day of _____, 2025.

_____
Honorable Leo M. Gordon
U.S. Court of International Trade
(sitting by designation in the U.S.
District Court of the District of New
Jersey)