T. A. BLACKBURN LAW, PLLC
Tyrone A. Blackburn, Esq.
NJBARID#232602020
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
*Attorneys for Plaintiff Liza Gardner*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIZA GARDNER,<br>               Plaintiff,<br><br>-against-<br><br>SEAN COMBS,<br>AARON HALL,<br>DONALD EARLE DEGRATE JR., AKA, DEVANTE SWING,<br>UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, N.V.<br>JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote unidentified entities responsible for this occurrence),<br>               Defendants. | DOCKET NO.: 2:24-cv-07729-LMG-JRA<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**WITHOUT PREJUDICE**<br>**AS TO DONALD EARLE DEGRATE JR., AKA, DEVANTE SWING ONLY**<br>**PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Liza Gardner ("Plaintiff Gardner," "The Children," "The Child," "Ms. Gardner"), by and through her attorneys at T. A. Blackburn Law, PLLC, hereby give notice that Plaintiff voluntarily dismisses all claims against Defendant Donald Earle Degrate Jr., Aka, Devante Swing, **ONLY**, **without prejudice**.

DATED: January 14, 2025

                                                                /s/*Tyrone a. Blackburn, esq.*
                                                                  TYRONE A. BLACKBURN
                                                                  **T. A. Blackburn Law, PLLC**