UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>  Plaintiff,<br><br>  v.<br><br>SEAN COMBS, AARON HALL, UPTOWN RECORDS, MCA INC., UNIVERSAL MUSIC GROUP, N.V., JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence),<br><br>  Defendants. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:24-cv-07729 |

**ORDER**

Upon letter request by Plaintiff Liza Gardner for an extension of time and the oral consent of Defendant Sean Combs and Defendants UMG Recordings, Inc. and Universal Music Group, N.V.'s (collectively "Defendants"), and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that Plaintiff shall file its opposition to Defendants' motions to dismiss such motions on or before January 23, 2025; and it is further

Court No. 2:24-cv-07729     Page 2

**ORDERED** that Defendants shall file their respective replies to Plaintiff's opposition on or before February 11, 2025.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: January 15, 2025
      Newark, New Jersey