

# T. A. BLACKBURN LAW

TYRONE A. BLACKBURN
_____

MEMBER OF
NY, DC & NJ BAR
_____

FEDERAL MEMBERSHIP
EDNY, NDNY, SDNY, ILND & DNJ
_____

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

February 6, 2025

**Sent via ECF**:
Honorable Leo M. Gordon, USDJ
United States District Judge
United States Court of International Trade
One Federal Plaza
New York, New York, 10278

~and~

Honorable Jose R. Almonte, USMJ
United States District Judge
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street, MLK 3C
Newark, New Jersey 07101

**Re: Gardner v. Combs et al, 2:24-cv-07729**

Your Honors,

My firm represents Plaintiff Liza Gardner ("Ms. Gardner") in the above-referenced case. Plaintiff respectfully requests permission to file the joint objection to the defendants' motions to dismiss. As the Court know, I have been dealing with a family emergency which I detailed to the court and defendants' counsels via email. For purposes of privacy, I have not shared the details here. I have no objection to the dates defendants choose to file their reply brief.

Kind regards,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

Cc: All counsels of record via ECF



347-342-7432   tblackburn@tablackburnlaw.com   TABlackburnlaw.com