## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>      Plaintiff,<br><br>      v.<br><br>SEAN COMBS, AARON HALL, UPTOWN RECORDS, MCA INC., UNIVERSAL MUSIC GROUP, N.V., JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence),<br><br>      Defendants. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:24-cv-07729 |

## ORDER

Upon consideration of all filings, orders, and proceedings had in this action, it is hereby

**ORDERED** that all further requests for relief from the court that require an order shall be made by motion in conformity with the Federal Rules of Civil Procedure and the Local Civil Rules of the District Court for the District of New Jersey; it is further

**ORDERED** that no party shall file a request for relief or argument via letter or email, except for a request for a teleconference or videoconference for scheduling purposes; it is further

Court No. 2:24-cv-07729                                                                                     Page 2

**ORDERED** that in filing a request for relief, the moving party shall state whether it consulted with all the other parties and obtained the consent of these parties for the relief sought; and it is further

**ORDERED** that in the event of a conflict between this Order and the Federal Rules of Civil Procedure and/or the Local Civil Rules of the District Court for the District of New Jersey, this Order shall govern.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: February 4, 2025
       Newark, New Jersey