UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

LIZA GARDNER,

    Plaintiff,

v.

SEAN COMBS, AARON HALL, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, N.V., JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence),

    Defendants.

Before: Leo M. Gordon, Judge

Court No. 2:24-cv-07729

## ORDER

Upon consideration of an email request from counsel for Plaintiff Liza Gardner to file an opposition out of time to Defendant Sean Combs's and Defendants UMG Recordings, Inc. ("UMG") and Universal Music Group, N.V.'s ("Universal") Motions to Dismiss, Defendants' email responses, and all other papers and proceedings had in this action; and a conference call with the Parties on this date; and upon due deliberation, it is hereby

**ORDERED** that Plaintiff's email request to file an opposition out of time to Defendants' Motions to Dismiss is granted; it is further

Court No. 2:24-cv-07729     Page 2

**ORDERED** that Plaintiff shall file that opposition no later than 5pm on Tuesday, February 11, 2025; and it is further

**ORDERED** that Defendant Sean Combs and Defendants UMG and Universal shall file their respective reply no later than 5pm on Tuesday, March 11, 2025.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: February 10, 2025
     Newark, New Jersey