Exhibit C: Affidavits of Monica Case

**SUPREME COURT OF THE STATE OF NEW YORK**

**COUNTY OF NEW YORK**

| | |
|---|---|
| LIZA GARDNER,<br><br>   Plaintiff,<br><br>v.<br><br>SEAN COMBS,<br>AARON HALL,<br>MCA INC.,<br>MCA MUSIC ENTERTAINMENT GROUP,<br>GEFFEN RECORDS,<br>UNIVERSAL MUSIC GROUP N.V.,<br>JOHN and JANE DOES 1-10 and<br>ABC CORPS. 1-10<br><br>   Defendants. | Case Number: 952368/2023<br><br>**Affidavit Of Monica Case** |

STATE OF NEW YORK  )
          ) ss:
COUNTY OF KINGS   )

MONICA CASE, being duly sworn, deposes and says as follows:

1. I am aware of the events that are the subject of this case.
2. I have known Liza Gardner since we were in junior high school.
3. I was with her on or about 1990 when we drove in her vehicle to New York City.
4. To the best of my recollection, it was during high school exam week when we decided to go to New York.
5. We traveled to New York to visit our friends Dalvin DeGrate and DeVante Swing, who were all members of the R&B group Jodeci.
6. Liza, myself, and my older sister came to New York to visit DeVanté and Dalvin. We knew them from Charlotte, North Carolina.
7. When we came to New York, we stayed at a house that DeVante and Dalvin were renting in New Jersey. I think the house was located in Englewood, New Jersey.
8. At the time of our stay, K-Ci, Dalvin, and DeVanté were all present. JoJo was the only member of Jodeci who was not present.

9. DeVanté took us around and showed us different places in New York.
10. He took us to MCA, where we met Aaron Hall and Sean Puffy Combs.
11. Later that evening, we went to Aaron's house. I believe it was an apartment. I remember being able to see New York City from the balcony.
12. I remember Liza, Aaron, Sean, and my sister all going downstairs, and I was upstairs, and DeVante was going up and down the stairs. He has legally changed his name now; in or about1990, I knew him as Don.
13. I recall going up and down the stairs, in and out of the room, and I was just honestly sitting there like, what the hell?! A couple of times, I went downstairs, and I said to Don, "Okay, let's go, or what's going on?!"
14. I remember a point when I was sitting in Aaron's music room, which was downstairs. It was the first room to the right when you got down to the bottom. I sat in the music room, where he had keyboards and other instruments, just playing around on his keyboards.
15. That's when Aaron came in out of the room, and I think he was wrapped in a towel or something, and grabbed me and forcibly kissed me, and I pushed him off of me and started yelling.
16. He let me go, but I remember sitting there for a minute because I was shocked to see him nearly completely naked. I was also in shock because I knew he was in the room with my sister and Liza.
17. From my understanding, Don came out, and I asked him, "Where's my sister?" He said, "She's in the bathroom with Aaron." I was like, "I'm ready to go. I want to go." I started raising hell about wanting to leave.
18. I do recall walking into the room. The bathroom was over to the left-hand side of the bedroom.
19. I recall straight ahead on the side of the bathroom, you could see the bed, but you couldn't really see the bed from me opening the door or walking into the room.
20. Don was in the room, leaning against the wall or furniture or something, watching whatever Puffy was doing to Liza.
21. I was like, "I'm ready to go," and he grabbed me and we went upstairs, and I just started losing my shit. I was like, "I'm ready to go. Either we go now, you go get my sister, go get Liza, or I will go down to the doormen, and I will call the police." I started raising hell.

22. I remember Aaron coming upstairs, and he was like, "Just calm down. It's okay." He tried to calm me down, but I just wouldn't calm down. I was like, "I'm ready to go."
23. Shortly after, we ended up leaving. It wasn't a pleasant trip back to their house because Don was pissed that I raised hell.
24. I know that during that time, too, we did smoke marijuana, which was provided at the MCA event, and Aaron and Sean had this at Aaron's house as well.
25. That night, I stayed in or slept in Dalvin's room at Don's house. I'm not sure where Liza was, but I recall waking up the next day and some issue going on.
26. I know that Liza was upset, and she was like, "He came over here, and he choked me, he choked me," and she was upset, and we were just like, we're leaving.
27. The "he" she was referring to was Puffy; yes, he came over there and, I guess, put his hands on her. I didn't witness it, but I woke up to a lot of disarray and just drama. It was just a crazy atmosphere, and I know that it wasn't too long after that that we left.
28. This experience completely changed Liza as a person.
29. I live with this experience personally to this day; I really wish she had spoken up more forcefully at the time.
30. I wish I had spoken up then, raised hell earlier. I feel bad about that.
31. I believe we were in New York City for maybe three days. I feel like we came and hung out with Jodeci at the house on the first day. On the second day, we went out and toured New York City, went to an MCA event, and then on the third day, that's when we left.
32. The photo of Liza, Aaron Hall, and Me was taken on the day of this incident. At the time I was fifteen years old, and Liza was sixteen years old.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 15, 2024

*Monica Case*
Monica Case (May 15, 2024 19:14 EDT)
Monica Case