**SHER TREMONTE** LLP

February 14, 2025

**VIA ECF**

The Honorable Leo M. Gordon
United States Court of International Trade
One Federal Plaza
New York, NY 10278

    Re:    *Gardner v. Combs et al.*, Case No. 24-CV-07729

Dear Judge Gordon:

    I write on behalf of Defendant Sean Combs in the above-captioned matter. Katie E. Renzler, counsel for Defendant Sean Combs, and a member in good standing of the Bar of the State of New York, hereby moves for admission *pro hac vice*. All counsel of record have consented to Ms. Renzler's appearing *pro hac vice* in the above-referenced matter.

    I have enclosed my certification, as well as a certification from Ms. Renzler, in support of her application. In addition, I have enclosed a proposed order granting Ms. Renzler's admission *pro hac vice.*

    I am available at the Court's convenience to answer any questions concerning this application.

    Respectfully submitted,

    */s/ Yonatan Y. Jacobs*
    Yonatan Y. Jacobs

Enclosures