## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN COMBS, AARON HALL, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, N.V., JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence),<br><br>    Defendants. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:24-cv-07729 |

## ORDER

Upon consultation with the parties, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that Oral Argument in this action shall take place on June, 9, 2025 at 10:30 a.m. in Courtroom 9 of the U.S. District Court for the District of New Jersey, Newark, New Jersey.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: May 6, 2025
        Newark, New Jersey