MᴄDᴇʀᴍᴏᴛᴛ Wɪʟʟ & Sᴄʜᴜʟᴛᴇ LLP
Jessica Greer Griffith
(New Jersey Bar No. 126432014)
Edward B. Diskant (*pro hac vice*)
Lisa A. Linsky (*pro hac vice*)
Max J. Kellogg (*pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Tel: (212) 547-5578
GGriffith@mwe.com
EDiskant@mwe.com
LLinsky@mwe.com
MKellogg@mwe.com

Elizabeth A. Rodd (*pro hac vice*)
200 Clarendon Street
Boston, MA 02116
Tel: (617) 535-4040
Erodd@mwe.com

*Attorneys for Defendants UMG Recordings, Inc.*
*and Universal Music Group, N.V.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>                              *Plaintiff*,<br><br>v.<br><br>SEAN COMBS,<br>AARON HALL,<br>DONALD EARLE DEGRATE J., AKA<br>DEVANTE SWING, UMG RECORDINGS, INC.,<br>UNIVERSAL MUSIC GROUP, N.V.,<br>JOHN DOES 1-10 (names being fictitious and used<br>to connote an unidentified person responsible for<br>this occurrence), JANE DOES 1-10 (names being<br>fictitious and used to connote an unidentified person<br>responsible for this occurrence), ABC<br>CORPORATIONS 1-10 (names being fictitious and<br>used to connote unidentified entities responsible for<br>this occurrence),<br><br>                              *Defendants*. | Civil Action No. 24-cv-07729 |

## NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE** that effective August 1, 2025, McDermott Will & Emery LLP

counsel for Defendants UMG Recordings, Inc. and Universal Music Group, N.V. (collectively

"UMGR") in the above-captioned case, merged with Schulte Roth & Zabel LLP.  The new name

of the firm is McDermott Will & Schulte LLP ("MWS").  MWS  will continue to represent

UMGR in the above-captioned case.  The firm address and telephone number remain the same.

Dated:  August 21, 2025

By: _/s/ Jessica Greer Griffith_

Jessica Greer Griffith
New Jersey Bar No. 126432014
Edward B. Diskant (*pro hac vice*)
Lisa A. Linsky (*pro hac vice*)
Max J. Kellogg (*pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP
One Vanderbilt Avenue
New York, New York 10017
Tel: (212) 547-5400
GGriffith@mwe.com
EDiskant@mwe.com
LLinsky@mwe.com
MKellogg@mwe.com

Elizabeth A. Rodd (*pro hac vice*)
MCDERMOTT WILL & SCHULTE LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 535-4000
ERodd@mwe.com

*Attorneys for Defendants UMG Recordings,*
*Inc. and Universal Music Group, N.V.*