**T. A. BLACKBURN LAW, PLLC**
Tyrone A. Blackburn, Esq.
NJBARID#232602020
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
Attorneys for Plaintiff Liza Gardner

| | |
|---|---|
| LIZA GARDNER,<br>　　　　　　Plaintiff,<br><br>-against-<br><br>SEAN COMBS,<br>AARON HALL,<br>DONALD EARLE DEGRATE JR., AKA,<br>DEVANTE SWING,<br>UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, N.V.<br>JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote unidentified entities responsible for this occurrence),<br>　　　　　　Defendants. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>DOCKET NO.: 2:24-cv-07729-LMG-JRA<br><br>**PLAINTIFF'S MOTION TO ADJOURN ORDER TO SHOW CAUSE HEARING** |

　　　　Plaintiff, by and through undersigned counsel, respectfully requests that this Court adjourn the Order to Show Cause hearing currently scheduled for December 3, 2025, to a date after January 12, 2026, if the Court deems such a hearing is still necessary after reviewing Counsel's comprehensive response to the Show Cause Order, which was submitted to Chambers on December 1, 2025.

　　　　Plaintiff commits to continuing compliance with all Case Management Order requirements during any adjournment period and will meet all substantive deadlines set by the Court.

DATED: December 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/*Tyrone a. Blackburn, Esq.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　TYRONE A. BLACKBURN, ESQ.