

# T. A. Blackburn Law

### TYRONE A. BLACKBURN

**MEMBER OF
NY & NJ BAR**

**FEDERAL MEMBERSHIP
EDNY, NDNY, SDNY, ILND & DNJ**

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

November 30, 2025

**<u>Sent via ECF</u>**:
Honorable Leo M. Gordon, USDJ
United States District Judge
United States Court of International Trade
One Federal Plaza
New York, New York, 10278

**Re: Gardner v. Combs et al, 2:24-cv-07729**

Dear Your Honor:

I submit this letter in response to your November 25, 2025, Order to Show Cause regarding the erroneous citation to "United States v. Masha, 990 F.3d 1005 (7th Cir. 2021)" in Plaintiff's opposition memorandum, and the defendants' accusation that I "failed" to respond promptly to your November 17 directive.

At the sidebar conference on November 17, 2025, your Honor asked me directly whether I had used an AI platform to assist in preparing the opposition memorandum. I candidly acknowledged that I had used LexisNexis Protégé and identified it. At that time, I explained to the Court what I believed had happened: that the application had taken the case name from one document and attached it to the reporter/citation information of another case. I further informed the Court that this exact error had occurred in another case, and that I had since stopped using LexisNexis Protégé. I told the Court that I would investigate the matter thoroughly and report back on what actually occurred.

Critically, your Honor did not set any timeline or deadline for this investigation and report. The only deadlines your Honor directed were: (1) that I reach out to Defendants' counsel by December 4 to inform them of what Plaintiff intends to do as it relates to Aaron Hall; and (2) that I let the Court know by 5:00 PM on December 5 regarding my client's intentions on that matter.

 347-342-7432 ✉ tblackburn@tablackburnlaw.com 🌐 TABlackburnlaw.com

# T. A. BLACKBURN LAW

I am providing this comprehensive written response on December 1, 2025—well in advance of the Court's December 4-5 deadlines.  Additionally, as I said to the Court at sidebar, I have no reason to defraud this Court by introducing a fake, nonexistent case citation to support Plaintiff's Mann Act arguments, when I had identified and researched over 40 legitimate cases that make precisely that argument.  This was an error of poor editing and cross-referencing during the synthesis process, not an intentional act to defraud the Court.

I fully acknowledge the citation error and accept complete responsibility.  I present herein the context, root causes, remedial actions, and lasting systemic reforms I have undertaken to ensure this never recurs.

## I.     THE CITATION ERROR

The citation "United States v. Masha, 990 F.3d 1005 (7th Cir. 2021)" does not exist as cited and is inaccurate.  The actual case is United States v. Masha, 990 F.3d 436 (5th Cir. 2021), which concerns passport fraud and identity theft—not the Mann Act, trafficking, or any legal principle relevant to Plaintiff's claims.

I take full responsibility for this error.  It was a failure of citation verification protocols, not a legitimate mistake of law, and certainly not intentional fraud.

## II.     ROOT CAUSES: TECHNOLOGY FAILURE AND HUMAN ERROR

This citation error resulted from a systemic technology failure combined with inadequate verification procedures.  In preparing the opposition memorandum, I conducted comprehensive research across multiple federal statutes and state law provisions applicable to Plaintiff's claims:

- 18 U.S.C. §§ 2421-2424 (Mann Act)
- 18 U.S.C. §§ 1591-1595 (Trafficking Victims Protection Act)
- 18 U.S.C. § 2255 (Masha's Law / Child Abuse Victims' Rights Act)
- 18 U.S.C. § 2251 (Sexual Exploitation of Children)
- New Jersey Child Victims Act
- Related institutional liability case law

I uploaded approximately 40-60 federal and state cases, along with full statutory texts, into LexisNexis Protégé for consolidation and organization.

How the Error Occurred:

When I used Protégé to synthesize this research into draft text, the system apparently:

1. Identified the term "Masha" from 18 U.S.C. § 2255 (commonly known as "Masha's Law").



# T. A. BLACKBURN LAW

2. Searched its database for cases with "Masha" in the caption and found *United States v. Masha*, 990 F.3d 436 (5th Cir. 2021).
3. Automatically inserted this case as a citation into the synthesized text.
4. Did not verify that the case actually addressed the legal principles being cited.
5. Apparently, the citation information was modified (inserting an incorrect page number and circuit).

Why I Failed to Catch It:

During my review of the draft, I failed to independently verify each citation by pulling the actual case in LexisNexis or Westlaw.  I read the document for substantive legal argument rather than methodically verifying citations.  The erroneous citation appeared in a reasonable context (Mann Act knowledge requirements), so I did not flag it as obviously wrong.

I have been a loyal LexisNexis representative and user since law school.  I have consistently used and relied upon LexisNexis products for over fifteen years—since 2010.  When I was pitched the LexisNexis Protégé upgrade in late 2024, I did not doubt, for one second, the accuracy or legitimacy of the program.  That was a massive mistake on my part.  I should have subjected this new platform to rigorous testing and verification before relying upon it for citation generation.  My blind trust in a product from an established legal research company caused me to fail in my fundamental duty to independently verify citations before filing them with this Court.  This error in judgment has resulted not only in the citation error in this case, but also in citation errors in other filings since I began using the upgraded Protégé platform in December 2024.  I take full responsibility for this lapse in professional judgment and diligence.

## III.    PRIOR SIMILAR ERRORS AND RULE 11 SANCTIONS

In the interest of complete transparency, I must disclose that on October 6, 2025, I received a Rule 11 sanctions order in a related matter—*Jakes v. Youngblood*, Case No. 2:24-cv-01608-WSS (Western District of Pennsylvania)—for similar AI-related citation and quotation errors.

In that case:

- Hon. William S. Stickman IV imposed $5,000 in monetary sanctions.
- Judge Stickman found that I had submitted briefs with inaccurate citations and quotations.
- The root cause was my use of generative AI tools without adequate verification.
- Judge Stickman also revoked my pro hac vice status in the Western District of Pennsylvania.



📞 347-342-7432     ✉️ tblackburn@tablackburnlaw.com     🌐 TABlackburnlaw.com

# T. A. BLACKBURN LAW

I am currently complying with Judge Stickman's payment schedule ($500/month, beginning November 15, 2025).

- I immediately acknowledged the error.
- I began comprehensive CLE education in AI ethics (July 18, 2025).
- I implemented enhanced corrective measures beyond my initial reforms.

While the prior sanctions order demonstrates a pattern of similar errors, it also prompted escalation of corrective measures that go well beyond typical responses. I have learned from Judge Stickman's criticism and implemented substantially more comprehensive systemic reforms.

IV.    **LACK OF INTENT TO DEFRAUD**

As I stated to your Honor at sidebar, I have absolutely no reason to attempt to defraud this Court by introducing a fabricated, nonexistent case citation to support Plaintiff's Mann Act arguments. In my comprehensive research for the opposition memorandum, I identified and thoroughly reviewed more than 40 legitimate, controlling federal cases that directly support the legal propositions for which I needed authority. These cases address:

- Mann Act knowledge requirements.
- Interstate transportation elements.
- Third-party liability and enablement.
- Corporate responsibility for facilitating violations.
- Private civil remedies under federal law.

Any competent attorney would recognize that with 40+ legitimate, on-point cases available, there is zero reason to introduce a fake citation about passport fraud to support the argument. This was an error of poor editing and cross-referencing during the Protégé synthesis process. The system mechanically conflated:

- The statute name ("Masha's Law" / 18 U.S.C. § 2255).
- With a case caption ("United States v. Masha").
- And inserted incorrect reporter and page information.

This is a product of the technology's failure, combined with my failure to verify each citation—not an intentional fraud.

V.    **PERSONAL CIRCUMSTANCES AFFECTING RESPONSIVENESS**

I have experienced extraordinary personal circumstances that provide important context:

███████████████████████████████████████████

██████████████████████████

██ ████████████████████████

██ █████████████████████████



# T. A. BLACKBURN LAW



These circumstances do not excuse the citation error. However, they provide important context for understanding that I am not a lawyer who is cavalier about accuracy or deliberately attempting to defraud the Court. I am a lawyer dealing with extraordinary personal tragedy who made a mistake in relying on technology without adequate verification.

## VI.    CORRECTIVE ACTIONS IMPLEMENTED

Upon identifying this error pattern and, months before receiving Judge Stickman's sanctions order, I have implemented extraordinary corrective measures to ensure that these errors never happen again:

### A. Continuing Legal Education – 14 Courses Completed

Between July 18 and October 25, 2025, I completed 14 accredited CLE courses totaling approximately 11.25+ credits, all focused on artificial intelligence ethics, legal research accuracy, and professional responsibility. I took these courses independent of a Sanction or Court order as I genuinely want to learn and grow from this mistake. See Exhibit A.

These courses included:

- Catching Up to AI Ethically (ABA).
- AI is Changing the Legal Profession, But Not Your Ethical Duties (ABA).
- Artificial Intelligence and Legal Practice (TRTCLE).
- Generative Artificial Intelligence and Legal Ethics.
- Ethical Use of AI: Risks, Responsibilities, and Realities for Lawyers.
- The Impact of AI on Employment Litigation.
- ChatGPT Demystified: Understanding the AI Revolution in the Legal Profession.
- ChatGPT, Generative AI, and the Transformation of the Practice of Law.
- Ethics for Small Firm & Solo Practitioners: Common Challenges & Careful Compliance.

## T. A. BLACKBURN LAW

- GDPR Compliance for Law Firms and Solo Practitioners.
- AI Machina, Esq.: Practical Tools, Risks, and Ethical Rules.
- Ethics and Well-Being: Solutions-Oriented Discussion.
- Artificial Intelligence and ChatGPT: Uses, Abuses, and Ethical Standards.

All certificates of completion are available for Court review.

B. <u>Complete Prohibition on AI-Generated Citations</u>

- Eliminated LexisNexis Protégé from all citation-related work.
- All generative AI tools are limited solely to preliminary research, with any resulting content fully subject to rigorous verification.
- No citation is filed unless it is manually located in LexisNexis, verified in Westlaw, printed, manually typed, and verified through all verification layers.

C. <u>Implementation of Triple-Layered Citation Verification Protocol</u>

I have fundamentally re-engineered my practice with the following verification protocol:

**Layer 1 – Print and Manual Entry Requirement:**

- All cases and legal documents used for citation are printed in their entirety from the database.
- No copying and pasting of citations from AI, digital databases, or prior documents.
- Citations are manually typed character-by-character from the printed source.
- This guarantees the actual case is physically reviewed before citation.

**Layer 2 – Dual Independent Verification:**

- Two separate individuals verify each citation independently.
- First reviewer compares typed citation to printed document to confirm: correct case name, volume, page number, quotations, pincites, and format.
- The second reviewer repeats this process independently.
- Both reviewers must initial the document to certify accuracy.

**Layer 3 – Final Attorney Review:**

- I personally conduct a final review of every citation before filing.
- I match each citation to the corresponding printed document.
- I confirm that both reviewers completed their checks.
- I review and initial the document.
- I Shepardize or KeyCite to ensure authority remains current and valid.

 



# T. A. BLACKBURN LAW

**Citation Verification Folders:**

I maintain a detailed folder for every filing, capturing document name, source, print verification date, all reviewer initials/dates, and Shepard's/KeyCite checks.

D. <u>Technology Upgrades and Practice Management Improvements</u>

- Adopted Westlaw as a primary research source, which I use for redundancy and cross-checking.
- Established a document management system to organize and archive printed source materials with detailed logging.
- Increased time allocation for all research and drafting projects by 25%+ to guarantee adherence to verification protocols.
- Hired a part-time research assistant to provide an additional layer of review and administrative support.

## VII.    UNDERLYING MANN ACT CLAIMS REMAIN LEGALLY SOUND

Despite the erroneous citation, Plaintiff's Mann Act claims are legally sound and supported by the 40+ legitimate cases I identified through my research:

- *United States v. Hattaway*, 740 F.2d 1419, 1427 (7th Cir. 1984) — Knowledge elements for Mann Act interstate transportation.
- *United States v. Shim*, 584 F.3d 394, 395-96 (2d Cir. 2009) — Alternative circuit approach to Mann Act knowledge requirements.
- 18 U.S.C. §§ 2421, 2423, 2255 — Statutory provisions.

Plaintiff has adequately alleged that Defendants knowingly transported her, a minor, across state lines with the intent that she engage in sexual activity, resulting in severe physical and psychological injury.  These allegations satisfy Mann Act requirements under any circuit's standard.  The erroneous citation does not negate the substance of Plaintiff's legal position or the merit of her underlying claims.

## VIII.    NATIONAL SYSTEMIC AI PROBLEM

This error reflects a documented systemic problem affecting the legal profession across all levels of the judiciary.  Since artificial intelligence began influencing legal research, **more than 500** AI-related citation errors have been publicly documented worldwide.

Federal, state, and appellate judges at every level have withdrawn or amended opinions after discovering AI-generated inaccuracies.

IX.    For example, within this District, the Hon. Julien X. Neals (DNJ) – In *In Re Cormedix Inc. Securities Litigation*, No. 2:21-cv-14020, withdrew a July 23, 2025, opinion after AI-derived misquotes were



# T. A. BLACKBURN LAW

discovered. Judge Neals subsequently banned AI research tools in chambers. This case demonstrates that even federal judges sitting in this District have experienced similar AI-generated citation errors, underscoring the systemic nature of this technological challenge.

Similarly, a Federal Judge in Mississippi did the same thing. The Hon. Henry Travillion Wingate (S.D. Miss.) – Rescinded an order in Jackson Federation of Teachers v. Fitch, No. 3:25-cv-00417, after a law clerk's use of Perplexity AI introduced fabricated citations. Judge Wingate issued a public apology and formal chambers policy restricting AI use.

State and Appellate Courts have not been immune to this. By way of example, the Georgia Court of Appeals (2025) – in *Shahid v. Esaam* - vacated an order that purported to confer AI-generated authority.

These cases confirm that AI citation errors are a technological challenge confronting the entire legal community, including federal judges in this very District. The fact that Judge Neals, a respected member of the bench in the District of New Jersey, has experienced similar issues and implemented protective measures demonstrates that this problem is neither rare nor indicative of individual dishonesty or fraud.

X.    **REQUEST FOR RELIEF**

I respectfully request that this Court decline to impose Rule 11 sanctions, given that the citation error resulted from a technology malfunction, not bad faith or intent to defraud; I have already been sanctioned $5,000 in a related matter and am complying with payment obligations, and I have implemented systemic reforms due to my commitment to preventing recurrence.

XI.    **REQUEST FOR ADJOURNMENT OF DECEMBER 3, 2025, SHOW CAUSE HEARING**

In the alternative, if the Court believes it is still necessary to conduct a show cause hearing despite the comprehensive explanation and corrective measures set forth herein, I respectfully request that the Court adjourn the December 3, 2025, hearing to a date after the week of January 12, 2026.

██████████████████████████████████████

████████████████████████████ I will be departing the United States the week of December 10, 2025 ████████████████████████████████████

████████████████████████████████████████



# T. A. Blackburn Law

███████████████████████████████████████

████████████████████████████

I will continue to comply with all Case Management Order requirements during this adjournment period. I will provide supplemental written responses addressing any additional issues the Court wishes to explore. I will also meet the December 4-5 deadlines regarding Aaron Hall as your Honor directed.

## XII. COMMITMENT TO FUTURE COMPLIANCE

I commit to:

- Respond immediately to all future Court directives with clear timelines.
- Answer all meet-and-confer requests from opposing counsel within 24 hours.
- Pursue ongoing CLE education on legal ethics and emerging technology.
- Notify the Court immediately of any scheduling conflicts arising from funeral proceedings.

I acknowledge the seriousness of the citation error in this case and my prior sanctions in *Jakes v. Youngblood*. However, I respectfully submit that the facts are more nuanced than the defendants' narrative suggests. The citation error was the result of poor editing and inadequate verification of technology output, not an intentional attempt to defraud this Court.

I have learned a difficult lesson about the risks of over-relying on emerging legal technology without adequate verification. I have now implemented systems and protocols that make a recurrence of this error extraordinarily unlikely.

Plaintiff respectfully requests the opportunity to continue pursuing her claims on their merits, which are supported by proper legal authority.

Thank you for the Court's consideration of this matter.

Kind regards,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

Cc: All counsels of record via EMAIL

 347-342-7432    ✉ tblackburn@tablackburnlaw.com    🌐 TABlackburnlaw.com

# Exhibit A

## Uniform Certificate of Attendance

> PA ATTORNEY USE ONLY
> DO NOT FILE THIS FORM
> WITH PACLE

**TRTCLE will report your CLE credits within 30 days of completion, in accordance with Pennsylvania rules. Please confirm that your reporting jurisdiction(s) and respective attorney ID(s) are included in your TRTCLE account.**

**Sponsor:** TRTCLE, Corp., 43546 Firestone Place, Leesburg, VA 20176

**Activity Title:** Artificial Intelligence and Legal Practice

**Date:** Jul 18, 2025

**Location:** Online

**Activity Number:** _____

(For those states designating
seminar numbers)

This program has been
Approved in PA for a total of: _____1.25_____ CLE credit hours based on 60-minute hour

_____ CLE credit hours based on 50-minute hour

**Of this total:** _____0_____ CLE credit hour(s) of this program is/are devoted to instruction in ethics

**Reminder:** Introductory remarks, keynote addresses, business meetings, breaks, receptions, etc., are not included in the computation of credit.

**To be completed by Attorney:**

By signing below, I certify that I attended the activity described above and am entitled to claim

_____1.25_____ CLE credit hours, including _____0_____ Ethics credits

Tyrone Blackburn
_____        _____
Attorney Name                                                          Signature

_____        _____
Membership Registration or Supreme Court Number          Date

**Note: If you are required to report to more than one state, complete a form for each state.**

**State where credits are to be registered: Pennsylvania**

When Required Complete the Following:

Acknowledged by:                                    *William D. Brown*
                                                              **Sponsor Representative**

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)

This certificate may be used only for courses accredited by the NYS CLE Board.
All information must be entered by the CLE provider.
**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

**Attorney Name:** tyrone blackburn

**Program Title:** Artificial Intelligence and ChatGPT: Uses, Abuses, and Ethical Standards

**Attendance Date:** August 7, 2025 9:53pm EDT

## B. Credit for Attendance

Enter the number of credits earned in each category.

**For Newly Admitted and/or Experienced Attorneys:**

|  | Ethics and Professionalism |
| --- | --- |
|  | Skills |
|  | Law Practice Management |
|  | Areas of Professional Practice |
| 1.00 | Cybersecurity, Privacy & Data Protection-Ethics |
|  | Cybersecurity, Privacy & Data Protection-General |

**For Experienced Attorneys Only:**

|  | Diversity, Inclusion and Elimination of Bias |
| --- | --- |

## C. Credit for Faculty Participation

Enter the participation type and number of credits.

**For Experienced Attorneys Only:**

○ Speaker        ○ Panel Member
○ Moderator      ○ Law Completion Faculty

|  | Ethics and Professionalism |
| --- | --- |
|  | Skills |
|  | Law Practice Management |
|  | Areas of Professional Practice |
|  | Cybersecurity, Privacy & Data Protection-Ethics |
|  | Cybersecurity, Privacy & Data Protection-General |
|  | Diversity, Inclusion and Elimination of Bias |

New York State CLE Board
www.nycourts.gov/attorneys/cle • Revised 01/2023

## D. Format Completed by Attorney

○ 1. Traditional Live Classroom Format

○ 2. Live Simultaneous Transmission – Questions Allowed During Program (e.g., webconference, teleconference, videoconference)

○ 3. Live Simultaneous Transmission – Questions Not Allowed During Program (e.g., webcast, broadcast)

○ 4. Fully Interactive Videoconference

● 5. Prerecorded/On-Demand

○ 6. Other (Describe)

## E. Attorney's Method of Participation

● Individual (log-in, dial-in, self-study)

○ Group (physically seated together)

## F. Course Content is Appropriate for:

● BOTH newly admitted & experienced attorneys, or

○ ONLY experienced attorneys, or

○ ONLY newly admitted attorneys

## G. Provider Information

**Provider Organization:** Lawline

**Address:** 228 Park Ave S, PMB 81742 New York, NY 10003-1502

**Telephone:** (218) 278-3570

**Email:** accreditation@lawline.com

**Provider Agent Name:** David Schnurman

**Provider Agent Signature:**

The CLE Provider:

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as Course #:

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)**

This certificate may be used only for courses accredited by the NYS CLE Board.
All information must be entered by the CLE provider.
**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney & Program Information

Attorney Name: Tyrone Blackburn

Program Title: Catching Up to AI Ethically: How the Existing Ethics Rules Apply to Artificial Intelligence, and How to ~~Guide Lawyers in Avoiding the Ethical~~

Attendance Date(s): 7/18/2025

## B. Credit for Attendance

Enter the number of credits earned in each category.
**For Newly Admitted and/or Experienced Attorneys:**

| | |
|---|---|
| 1.0 | Ethics & Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |

**For Experienced Attorneys Only:**

| | |
|---|---|
| | Diversity, Inclusion & Elimination of Bias |

## C. Credit for Faculty Participation

Enter the participation type and number of credits.
**For Experienced Attorneys Only:**

○ Speaker    ○ Moderator
○ Panel Member    ○ Law Competition Faculty

| | |
|---|---|
| | Ethics & Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |
| | Diversity, Inclusion & Elimination of Bias |

New York State CLE Board
www.nycourts.gov/attorneys/cle • Revised 01/2023

## D. Format Completed by Attorney

○ 1. Traditional Live Classroom
○ 2. Live Simultaneous Transmission – Questions Allowed During Program (e.g., webconference, teleconference, videoconference)
○ 3. Live Simultaneous Transmission – Questions Not Allowed During Program (e.g., webcast, broadcast)
○ 4. Fully Interactive Videoconference
● 5. Prerecorded/On-Demand
○ 6. Other (Describe): _____

## E. Attorney's Method of Participation

● Individual (log-in, dial-in, self-study)
○ Group (physically seated together)

## F. Course Content is Appropriate for:

● **BOTH** newly admitted & experienced attorneys, or
○ **ONLY** experienced attorneys, or
○ **ONLY** newly admitted attorneys

## G. Provider Information

Provider Organization: ABA - American Bar Association

Address: ABACLE,321 N Clark St.,Chicago, IL 60654

Telephone: 312.988.6219

Email: mcle@americanbar.org

Provider Agent Name: Gina Roers-Liemandt

Provider Agent Signature: *Gina Roers-Liemandt*

**The CLE Provider:**
● has been certified as an Accredited Provider by the NYS CLE Board, or
○ has had this individual course accredited by the NYS CLE Board as Course #: _____

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)**

This certificate may be used only for courses accredited by the NYS CLE Board.
All information must be entered by the CLE provider.
**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney & Program Information

Attorney Name: Tyrone Blackburn

Program Title: AI is Changing the Legal Profession but not Your Ethical Duties [CC]

Attendance Date(s): 7/18/2025

## B. Credit for Attendance

Enter the number of credits earned in each category.
**For Newly Admitted and/or Experienced Attorneys:**

- 1.0 Ethics & Professionalism
- ___ Skills
- ___ Law Practice Management
- ___ Areas of Professional Practice
- ___ Cybersecurity, Privacy & Data Protection-Ethics
- ___ Cybersecurity, Privacy & Data Protection-General

**For Experienced Attorneys Only:**

- ___ Diversity, Inclusion & Elimination of Bias

## C. Credit for Faculty Participation

Enter the participation type and number of credits.
**For Experienced Attorneys Only:**

- ◯ Speaker    ◯ Moderator
- ◯ Panel Member    ◯ Law Competition Faculty

- ___ Ethics & Professionalism
- ___ Skills
- ___ Law Practice Management
- ___ Areas of Professional Practice
- ___ Cybersecurity, Privacy & Data Protection-Ethics
- ___ Cybersecurity, Privacy & Data Protection-General
- ___ Diversity, Inclusion & Elimination of Bias

New York State CLE Board
www.nycourts.gov/attorneys/cle • Revised 01/2023

## D. Format Completed by Attorney

- ◯ 1. **Traditional Live Classroom**
- ◯ 2. **Live Simultaneous Transmission** – Questions Allowed During Program (e.g., webconference, teleconference, videoconference)
- ◯ 3. **Live Simultaneous Transmission** – Questions Not Allowed During Program (e.g., webcast, broadcast)
- ◯ 4. **Fully Interactive Videoconference**
- ● 5. **Prerecorded/On-Demand**
- ◯ 6. **Other** (Describe): _____

## E. Attorney's Method of Participation

- ● Individual (log-in, dial-in, self-study)
- ◯ Group (physically seated together)

## F. Course Content is Appropriate for:

- ● **BOTH** newly admitted & experienced attorneys, or
- ◯ **ONLY** experienced attorneys, or
- ◯ **ONLY** newly admitted attorneys

## G. Provider Information

Provider Organization: ABA - American Bar Association

Address: ABACLE,321 N Clark St.,Chicago, IL 60654

Telephone: 312.988.6219

Email: mcle@americanbar.org

Provider Agent Name: Gina Roers-Liemandt

Provider Agent Signature: Gina Roers-Liemandt

**The CLE Provider:**

- ● has been certified as an Accredited Provider by the NYS CLE Board, or
- ◯ has had this individual course accredited by the NYS CLE Board as Course #: _____

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)**

This certificate may be used only for courses accredited by the NYS CLE Board.
All information must be entered by the CLE provider.
**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

**Attorney Name:** tyrone blackburn

**Program Title:** ChatGPT Demystified: Understanding the AI Revolution in the Legal Profession

**Attendance Date:** August 8, 2025 3:07pm EDT

## B. Credit for Attendance

Enter the number of credits earned in each category.

**For Newly Admitted and/or Experienced Attorneys:**

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| 1.00 | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |

**For Experienced Attorneys Only:**

| | |
|---|---|
| | Diversity, Inclusion and Elimination of Bias |

## C. Credit for Faculty Participation

Enter the participation type and number of credits.

**For Experienced Attorneys Only:**

○ Speaker        ○ Panel Member
○ Moderator      ○ Law Completion Faculty

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |
| | Diversity, Inclusion and Elimination of Bias |

New York State CLE Board
www.nycourts.gov/attorneys/cle • Revised 01/2023

## D. Format Completed by Attorney

○ 1. Traditional Live Classroom Format

○ 2. Live Simultaneous Transmission – Questions Allowed During Program (e.g., webconference, teleconference, videoconference)

○ 3. Live Simultaneous Transmission – Questions Not Allowed During Program (e.g., webcast, broadcast)

○ 4. Fully Interactive Videoconference

● 5. Prerecorded/On-Demand

○ 6. Other (Describe) _____

## E. Attorney's Method of Participation

● Individual (log-in, dial-in, self-study)

○ Group (physically seated together)

## F. Course Content is Appropriate for:

● BOTH newly admitted & experienced attorneys, or

○ ONLY experienced attorneys, or

○ ONLY newly admitted attorneys

## G. Provider Information

**Provider Organization:** Lawline

**Address:** 228 Park Ave S, PMB 81742 New York, NY 10003-1502

**Telephone:** (218) 278-3570

**Email:** accreditation@lawline.com

**Provider Agent Name:** David Schnurman

**Provider Agent Signature:**

The CLE Provider:

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as Course #: _____

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)**

This certificate may be used only for courses accredited by the NYS CLE Board.
All information must be entered by the CLE provider.
**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

**Attorney Name:** tyrone blackburn

**Program Title:** ChatGPT, Generative AI, and the Transformation of the Practice of Law

**Attendance Date:** August 8, 2025 12:34pm EDT

## B. Credit for Attendance

Enter the number of credits earned in each category.

**For Newly Admitted and/or Experienced Attorneys:**

|  | |
|---|---|
|  | Ethics and Professionalism |
|  | Skills |
| 1.00 | Law Practice Management |
|  | Areas of Professional Practice |
|  | Cybersecurity, Privacy & Data Protection-Ethics |
|  | Cybersecurity, Privacy & Data Protection-General |

**For Experienced Attorneys Only:**

|  | |
|---|---|
|  | Diversity, Inclusion and Elimination of Bias |

## C. Credit for Faculty Participation

Enter the participation type and number of credits.

**For Experienced Attorneys Only:**

○ Speaker          ○ Panel Member
○ Moderator      ○ Law Completion Faculty

|  | |
|---|---|
|  | Ethics and Professionalism |
|  | Skills |
|  | Law Practice Management |
|  | Areas of Professional Practice |
|  | Cybersecurity, Privacy & Data Protection-Ethics |
|  | Cybersecurity, Privacy & Data Protection-General |
|  | Diversity, Inclusion and Elimination of Bias |

New York State CLE Board
www.nycourts.gov/attorneys/cle • Revised 01/2023

## D. Format Completed by Attorney

○ 1. Traditional Live Classroom Format

○ 2. Live Simultaneous Transmission – Questions Allowed During Program (e.g., webconference, teleconference, videoconference)

○ 3. Live Simultaneous Transmission – Questions Not Allowed During Program (e.g., webcast, broadcast)

○ 4. Fully Interactive Videoconference

● 5. Prerecorded/On-Demand

○ 6. Other (Describe)

## E. Attorney's Method of Participation

● Individual (log-in, dial-in, self-study)

○ Group (physically seated together)

## F. Course Content is Appropriate for:

● BOTH newly admitted & experienced attorneys, or

○ ONLY experienced attorneys, or

○ ONLY newly admitted attorneys

## G. Provider Information

**Provider Organization:** Lawline

**Address:** 228 Park Ave S, PMB 81742 New York, NY 10003-1502

**Telephone:** (218) 278-3570

**Email:** accreditation@lawline.com

**Provider Agent Name:** David Schnurman

**Provider Agent Signature:**

The CLE Provider:

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as Course #:

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)**

This certificate may be used only for courses accredited by the NYS CLE Board.

All information must be entered by the CLE provider.

**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

**Attorney Name:** tyrone blackburn

**Program Title:** Ethical Use of AI: Risks, Responsibilities, and Realities for Lawyers

**Attendance Date:** August 6, 2025 5:03pm EDT

## B. Credit for Attendance

Enter the number of credits earned in each category.

### For Newly Admitted and/or Experienced Attorneys:

| | |
|---|---|
| 1.00 | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |

### For Experienced Attorneys Only:

| | |
|---|---|
| | Diversity, Inclusion and Elimination of Bias |

## C. Credit for Faculty Participation

Enter the participation type and number of credits.

### For Experienced Attorneys Only:

○ Speaker    ○ Panel Member

○ Moderator    ○ Law Completion Faculty

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |
| | Diversity, Inclusion and Elimination of Bias |

New York State CLE Board

www.nycourts.gov/attorneys/cle • Revised 01/2023

## D. Format Completed by Attorney

○ 1. Traditional Live Classroom Format

○ 2. Live Simultaneous Transmission – Questions Allowed During Program (e.g., webconference, teleconference, videoconference)

○ 3. Live Simultaneous Transmission – Questions Not Allowed During Program (e.g., webcast, broadcast)

○ 4. Fully Interactive Videoconference

● 5. Prerecorded/On-Demand

○ 6. Other (Describe)

## E. Attorney's Method of Participation

● Individual (log-in, dial-in, self-study)

○ Group (physically seated together)

## F. Course Content is Appropriate for:

● BOTH newly admitted & experienced attorneys, or

○ ONLY experienced attorneys, or

○ ONLY newly admitted attorneys

## G. Provider Information

**Provider Organization:** Lawline

**Address:** 228 Park Ave S, PMB 81742 New York, NY 10003-1502

**Telephone:** (218) 278-3570

**Email:** accreditation@lawline.com

**Provider Agent Name:** David Schnurman

**Provider Agent Signature:**

The CLE Provider:

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as Course #:

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)**

This certificate may be used only for courses accredited by the NYS CLE Board.
All information must be entered by the CLE provider.
**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

**Attorney Name:** tyrone blackburn

**Program Title:** Ethics for Small Firm & Solo Practitioners: Common Challenges & Careful Compliance

**Attendance Date:** August 8, 2025 2:03pm EDT

## B. Credit for Attendance

Enter the number of credits earned in each category.

**For Newly Admitted and/or Experienced Attorneys:**

| | |
|---|---|
| 1.00 | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |

**For Experienced Attorneys Only:**

| | |
|---|---|
| | Diversity, Inclusion and Elimination of Bias |

## C. Credit for Faculty Participation

Enter the participation type and number of credits.

**For Experienced Attorneys Only:**

○ Speaker    ○ Panel Member
○ Moderator    ○ Law Completion Faculty

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |
| | Diversity, Inclusion and Elimination of Bias |

## D. Format Completed by Attorney

○ 1. Traditional Live Classroom Format

○ 2. Live Simultaneous Transmission – Questions Allowed During Program (e.g., webconference, teleconference, videoconference)

○ 3. Live Simultaneous Transmission – Questions Not Allowed During Program (e.g., webcast, broadcast)

○ 4. Fully Interactive Videoconference

● 5. Prerecorded/On-Demand

○ 6. Other (Describe)

## E. Attorney's Method of Participation

● Individual (log-in, dial-in, self-study)

○ Group (physically seated together)

## F. Course Content is Appropriate for:

● BOTH newly admitted & experienced attorneys, or

○ ONLY experienced attorneys, or

○ ONLY newly admitted attorneys

## G. Provider Information

**Provider Organization:** Lawline

**Address:** 228 Park Ave S, PMB 81742 New York, NY 10003-1502

**Telephone:** (218) 278-3570

**Email:** accreditation@lawline.com

**Provider Agent Name:** David Schnurman

**Provider Agent Signature:**

The CLE Provider:

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as Course #:

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)**

This certificate may be used only for courses accredited by the NYS CLE Board.

All information must be entered by the CLE provider.

**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

**Attorney Name:** tyrone blackburn

**Program Title:** GDPR Compliance for Law Firms and Solo Practitioners

**Attendance Date:** August 8, 2025 4:48pm EDT

## B. Credit for Attendance

Enter the number of credits earned in each category.

**For Newly Admitted and/or Experienced Attorneys:**

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| 1.50 | Cybersecurity, Privacy & Data Protection-General |

**For Experienced Attorneys Only:**

| | |
|---|---|
| | Diversity, Inclusion and Elimination of Bias |

## C. Credit for Faculty Participation

Enter the participation type and number of credits.

**For Experienced Attorneys Only:**

○ Speaker          ○ Panel Member

○ Moderator          ○ Law Completion Faculty

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |
| | Diversity, Inclusion and Elimination of Bias |

New York State CLE Board

www.nycourts.gov/attorneys/cle • Revised 01/2023

## D. Format Completed by Attorney

○ 1. Traditional Live Classroom Format

○ 2. Live Simultaneous Transmission – Questions Allowed During Program (e.g., webconference, teleconference, videoconference)

○ 3. Live Simultaneous Transmission – Questions Not Allowed During Program (e.g., webcast, broadcast)

○ 4. Fully Interactive Videoconference

● 5. Prerecorded/On-Demand

○ 6. Other (Describe)

## E. Attorney's Method of Participation

● Individual (log-in, dial-in, self-study)

○ Group (physically seated together)

## F. Course Content is Appropriate for:

● BOTH newly admitted & experienced attorneys, or

○ ONLY experienced attorneys, or

○ ONLY newly admitted attorneys

## G. Provider Information

**Provider Organization:** Lawline

**Address:** 228 Park Ave S, PMB 81742 New York, NY 10003-1502

**Telephone:** (218) 278-3570

**Email:** accreditation@lawline.com

**Provider Agent Name:** David Schnurman

**Provider Agent Signature:**

The CLE Provider:

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as Course #:

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)**

This certificate may be used only for courses accredited by the NYS CLE Board.

All information must be entered by the CLE provider.

**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

**Attorney Name:** tyrone blackburn

**Program Title:** Generative Artificial Intelligence and Legal Ethics

**Attendance Date:** August 5, 2025 10:05pm EDT

## B. Credit for Attendance

Enter the number of credits earned in each category.

### For Newly Admitted and/or Experienced Attorneys:

| | |
|---|---|
| 1.00 | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |

### For Experienced Attorneys Only:

| | |
|---|---|
| | Diversity, Inclusion and Elimination of Bias |

## C. Credit for Faculty Participation

Enter the participation type and number of credits.

### For Experienced Attorneys Only:

○ Speaker    ○ Panel Member

○ Moderator    ○ Law Completion Faculty

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |
| | Diversity, Inclusion and Elimination of Bias |

New York State CLE Board

www.nycourts.gov/attorneys/cle • Revised 01/2023

## D. Format Completed by Attorney

○ 1. Traditional Live Classroom Format

○ 2. Live Simultaneous Transmission – Questions Allowed During Program (e.g., webconference, teleconference, videoconference)

○ 3. Live Simultaneous Transmission – Questions Not Allowed During Program (e.g., webcast, broadcast)

○ 4. Fully Interactive Videoconference

● 5. Prerecorded/On-Demand

○ 6. Other (Describe)

## E. Attorney's Method of Participation

● Individual (log-in, dial-in, self-study)

○ Group (physically seated together)

## F. Course Content is Appropriate for:

● BOTH newly admitted & experienced attorneys, or

○ ONLY experienced attorneys, or

○ ONLY newly admitted attorneys

## G. Provider Information

**Provider Organization:** Lawline

**Address:** 228 Park Ave S, PMB 81742 New York, NY 10003-1502

**Telephone:** (218) 278-3570

**Email:** accreditation@lawline.com

**Provider Agent Name:** David Schnurman

**Provider Agent Signature:**

The CLE Provider:

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as Course #:

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)**

This certificate may be used only for courses accredited by the NYS CLE Board.

All information must be entered by the CLE provider.

**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

**Attorney Name:** tyrone blackburn

**Program Title:** AI Machina, Esq.: Practical Tools, Risks, and Ethical Rules

**Attendance Date:** October 25, 2025 6:44pm EDT

## B. Credit for Attendance

Enter the number of credits earned in each category.

**For Newly Admitted and/or Experienced Attorneys:**

| | |
|---|---|
| 1.00 | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |

**For Experienced Attorneys Only:**

| | |
|---|---|
| | Diversity, Inclusion and Elimination of Bias |

## C. Credit for Faculty Participation

Enter the participation type and number of credits.

**For Experienced Attorneys Only:**

○ Speaker          ○ Panel Member

○ Moderator        ○ Law Completion Faculty

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |
| | Diversity, Inclusion and Elimination of Bias |

New York State CLE Board

www.nycourts.gov/attorneys/cle • Revised 01/2023

## D. Format Completed by Attorney

○ 1. Traditional Live Classroom Format

○ 2. Live Simultaneous Transmission – Questions Allowed During Program (e.g., webconference, teleconference, videoconference)

○ 3. Live Simultaneous Transmission – Questions Not Allowed During Program (e.g., webcast, broadcast)

○ 4. Fully Interactive Videoconference

● 5. Prerecorded/On-Demand

○ 6. Other (Describe)

## E. Attorney's Method of Participation

● Individual (log-in, dial-in, self-study)

○ Group (physically seated together)

## F. Course Content is Appropriate for:

● BOTH newly admitted & experienced attorneys, or

○ ONLY experienced attorneys, or

○ ONLY newly admitted attorneys

## G. Provider Information

**Provider Organization:** Lawline

**Address:** 228 Park Ave S, PMB 81742 New York, NY 10003-1502

**Telephone:** (218) 278-3570

**Email:** accreditation@lawline.com

**Provider Agent Name:** David Schnurman

**Provider Agent Signature:**

The CLE Provider:

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as Course #:

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)**

This certificate may be used only for courses accredited by the NYS CLE Board.
All information must be entered by the CLE provider.
**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

**Attorney Name:** tyrone blackburn

**Program Title:** Ethics and Well-Being: Solutions Oriented Discussion

**Attendance Date:** October 25, 2025 5:40pm EDT

## B. Credit for Attendance

Enter the number of credits earned in each category.

**For Newly Admitted and/or Experienced Attorneys:**

| | |
|---|---|
| 1.00 | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |

**For Experienced Attorneys Only:**

| | |
|---|---|
| | Diversity, Inclusion and Elimination of Bias |

## C. Credit for Faculty Participation

Enter the participation type and number of credits.

**For Experienced Attorneys Only:**

○ Speaker          ○ Panel Member

○ Moderator        ○ Law Completion Faculty

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |
| | Diversity, Inclusion and Elimination of Bias |

New York State CLE Board
www.nycourts.gov/attorneys/cle • Revised 01/2023

## D. Format Completed by Attorney

○ 1. Traditional Live Classroom Format

○ 2. Live Simultaneous Transmission – Questions Allowed During Program
(e.g., webconference, teleconference, videoconference)

○ 3. Live Simultaneous Transmission – Questions Not Allowed During Program
(e.g., webcast, broadcast)

○ 4. Fully Interactive Videoconference

● 5. Prerecorded/On-Demand

○ 6. Other (Describe)

## E. Attorney's Method of Participation

● Individual (log-in, dial-in, self-study)

○ Group (physically seated together)

## F. Course Content is Appropriate for:

● BOTH newly admitted & experienced attorneys, or

○ ONLY experienced attorneys, or

○ ONLY newly admitted attorneys

## G. Provider Information

**Provider Organization:** Lawline

**Address:** 228 Park Ave S, PMB 81742 New York, NY 10003-1502

**Telephone:** (218) 278-3570

**Email:** accreditation@lawline.com

**Provider Agent Name:** David Schnurman

**Provider Agent Signature:**

The CLE Provider:

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as
Course #:

This certificate may NOT be used to award CLE credit to New York attorneys under New
York's Approved Jurisdiction policy.

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**Issued under NYS CLE Program Rules §1500.4(b)(12) and NYS CLE Board Regulations & Guidelines §10(B)**

This certificate may be used only for courses accredited by the NYS CLE Board.
All information must be entered by the CLE provider.
**Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

**Attorney Name:** tyrone blackburn

**Program Title:** The Impact of Artificial Intelligence on Employment Litigation

**Attendance Date:** August 6, 2025 9:05am EDT

## B. Credit for Attendance

Enter the number of credits earned in each category.

**For Newly Admitted and/or Experienced Attorneys:**

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| 1.00 | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |

**For Experienced Attorneys Only:**

| | |
|---|---|
| | Diversity, Inclusion and Elimination of Bias |

## C. Credit for Faculty Participation

Enter the participation type and number of credits.

**For Experienced Attorneys Only:**

○ Speaker          ○ Panel Member
○ Moderator        ○ Law Completion Faculty

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Cybersecurity, Privacy & Data Protection-Ethics |
| | Cybersecurity, Privacy & Data Protection-General |
| | Diversity, Inclusion and Elimination of Bias |

New York State CLE Board
www.nycourts.gov/attorneys/cle • Revised 01/2023

## D. Format Completed by Attorney

○ 1. Traditional Live Classroom Format

○ 2. Live Simultaneous Transmission – Questions Allowed During Program (e.g., webconference, teleconference, videoconference)

○ 3. Live Simultaneous Transmission – Questions Not Allowed During Program (e.g., webcast, broadcast)

○ 4. Fully Interactive Videoconference

● 5. Prerecorded/On-Demand

○ 6. Other (Describe)

## E. Attorney's Method of Participation

● Individual (log-in, dial-in, self-study)

○ Group (physically seated together)

## F. Course Content is Appropriate for:

● BOTH newly admitted & experienced attorneys, or

○ ONLY experienced attorneys, or

○ ONLY newly admitted attorneys

## G. Provider Information

**Provider Organization:** Lawline

**Address:** 228 Park Ave S, PMB 81742 New York, NY 10003-1502

**Telephone:** (218) 278-3570

**Email:** accreditation@lawline.com

**Provider Agent Name:** David Schnurman

**Provider Agent Signature:**

The CLE Provider:

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as Course #:

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.