**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIZA GARDNER,<br><br>      Plaintiff,<br><br>      v.<br><br>SEAN COMBS, AARON HALL, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, N.V., JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence),<br><br>      Defendants. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:24-cv-07729 |

**ORDER**

This matter having been brought before the court upon Defendants' Motion for Leave to File Supplemental Exhibits to their response (ECF No. 83) to Plaintiff's counsel's response to the order to show cause (ECF Nos. 79, 82) (the "Motion"), and the court having considered the Motion, and for good cause having been shown; it is hereby

**ORDERED** that Defendants' Motion is granted; and it is further

Court No. 2:24-cv-07729                                                                                                                 Page 2

**ORDERED** that Defendants shall file their supplemental exhibits on or before 5:00 p.m. on Tuesday, December 9, 2025.

                                                                  /s/ Leo M. Gordon
                                                                  Leo M. Gordon, Judge
                                                                  U.S. Court of International Trade
                                                                  (sitting by designation in the District of New Jersey)

Dated: December 8, 2025
         Newark, New Jersey