**SHER TREMONTE LLP**
Yonatan Y. Jacobs
Erica A. Wolff (admitted *pro hac vice*)
Michael Tremonte (admitted *pro hac vice*)
Katie Renzler (admitted *pro hac vice*)
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
YJacobs@shertremonte.com
EWolff@shertremonte.com
MTremonte@shertremonte.com
Krenzler@shertremonte.com
*Attorneys for Defendant Sean Combs*

**MCDERMOTT WILL & SCHULTE LLP**
Jessica Greer Griffith
Edward B. Diskant (admitted *pro hac vice*)
Lisa A. Linsky (admitted *pro hac vice*)
Max J. Kellogg (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017
Tel: (212) 547-5400
GGriffith@mwe.com
EDiskant@mwe.com
LLinsky@mwe.com
MKellogg@mwe.com

Elizabeth A. Rodd (admitted *pro hac vice*)
200 Clarendon Street
Boston, MA 02116
Tel: (617) 535-4000
ERodd@mwe.com
*Attorneys for Defendants UMG Recordings, Inc. and Universal Music Group, N.V.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>                Plaintiff,<br><br>  -against-<br><br>SEAN COMBS, et. al.,<br><br>                Defendants. | Case No. 24-CV-07729<br><br>**NOTICE OF FILING SUPPLEMENTAL EXHIBITS PURSUANT TO THE COURT'S ORDER OF DEC. 8, 2025** |

**PLEASE TAKE NOTICE** that pursuant to the Court's December 8, 2025 Order (ECF No. 89), Defendants Sean Combs, UMG Recordings Inc., and Universal Music Group, N.V. jointly file as supplemental exhibits to their response (ECF No. 83 ("Defendants' Response")) to Plaintiff's counsel's response to the order to show cause ("OTSC") (ECF Nos. 79, 82), the following: *Cartagena v. Dixon et al.*, Case No. 1:25-cv-03552-JLR (S.D.N.Y), ECF Nos. 96, 96-1, and 97, copies of which are attached hereto as Exhibits A, B, and C respectively.

No further briefing is being submitted alongside this notice.

Dated: New York, New York
December 8, 2025

Respectfully submitted,

/s/ *Yonatan Y. Jacobs*

Yonatan Y. Jacobs
New Jersey Bar No. 022512010
Erica A. Wolff
Michael Tremonte
Katie Renzler
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
Fax: (212) 202-4156
YJacobs@shertremonte.com
EWolff@shertremonte.com
MTremonte@shertremonte.com
Krenzler@shertremonte.com

/s/ *Jessica Greer Griffith*

Jessica Greer Griffith
New Jersey Bar No. 126432014
Edward B. Diskant
Lisa A. Linsky
Max J. Kellogg
MCDERMOTT WILL & SCHULTE LLP
One Vanderbilt Avenue
New York, New York 10017
Tel: (212) 547-5400
GGriffith@mwe.com
EDiskant@mwe.com
LLinsky@mwe.com
MKellogg@mwe.com

Elizabeth A. Rodd

*Attorneys for Defendant Sean Combs*

MCDERMOTT WILL & SCHULTE LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 535-4000
ERodd@mwe.com

*Attorneys for Defendants UMG Recordings, Inc. and Universal Music Group, N.V.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that, on December 8, 2025, a true and correct copy of the foregoing Notice was served on all parties via the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                */s/ Yonatan Y. Jacobs*
                                                  Yonatan Y. Jacobs