# Exhibit B: Proof of Non-Service

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **2:24-CV-07729-LMG-JRA**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Aaron Hall**
was recieved by me on  **1/15/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **Moved** after attempting service at **22246 Victory Blvd Apt F208, Woodland Hills, CA 91367**; or

☐   Other *(specify)*


My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:  01/17/2025

*Server's signature*

**Roman Yesayan**
*Printed name and title*

**13915 Oxnard st
308
Van Nuys, CA 91401**

*Server's address*

Additional information regarding attempted service, etc:

**1/16/2025 7:49 PM: I spoke with an individual who identified themselves as the resident and they stated subject moved.**




Tracking #: **0155483685**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     2:24-CV-07729-LMG-JRA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Aaron Hall**
was recieved by me on  **1/15/2025:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒  I returned the summons unexecuted because **no answer** after attempting service at **22246 Victory Blvd Apt F208, Woodland Hills, CA 91367**; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:  05/17/2025

*Server's signature*

**Roman Yesayan**
*Printed name and title*

**13915 Oxnard st
308
Van Nuys, CA 91401**

*Server's address*

Additional information regarding attempted service, etc:

**5/16/2025 5:29 PM: No one answered the door at the address. I spoke with a neighbor who acknowledge seeing Mr. Hall at the residence, but claims to not have seen him in some time.**




Tracking #: **0155485891**

SUPERIOR COURT OF NEW JERSEY, COUNTY OF BERGEN

| | |
|---|---|
| **LIZA GARDNER** <br> Plaintiff/Petitioner <br> vs. <br> **SEAN COMBS, ET AL** <br> Defendant/Respondent | Case No.: **BER-L-003365-24** <br><br> DECLARATION OF NON-SERVICE OF **Complaint; Summons; EXHIBITS** |

Received by **Deborah Villanueva**, on the **10th day of June, 2024 at 4:35 PM** to be served upon **Aaron Hall** at **3649 Mount Vernon Dr, View Park, Los Angeles County, CA 90008**.

On the **12th day of June, 2024 at 3:37 PM**, I, **Deborah Villanueva**, **NON-SERVED Aaron Hall**.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **3649 Mount Vernon Dr, View Park, Los Angeles County, CA 90008**, I have been unable to effect process upon the person/entity being served due to the following reason(s):
**6/12/2024 3:37 PM: I spoke with an individual who identified themselves as the resident and they stated subject moved. I spoke with a neighbor who says not resident.**

Service Fee Total: **$75.00**

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

| NAME: | *[signature]* | 2023045241 | 06/12/2024 |
|---|---|---|---|
| | Deborah Villanueva | Server ID # | Date |

REF: **SC-Liza Gardner**

Page 1 of 1
Tracking #: **0135097385**

SUPERIOR COURT OF NEW JERSEY, COUNTY OF BERGEN

| | |
|---|---|
| **LIZA GARDNER** <br> Plaintiff/Petitioner <br> vs. <br> **SEAN COMBS,ET AL** <br> Defendant/Respondent | Case No.: **BER-L-003365-24** <br><br> DECLARATION OF NON-SERVICE OF <br> **Complaint; Summons; EXHIBITS** |

Received by **Kyle Gridley**, on the **18th day of June, 2024 at 12:03 AM** to be served upon **Aaron Hall** at **3649 Mount Vernon Dr, View Park, Los Angeles County, CA 90008**.

On the **20th day of June, 2024 at 10:39 AM**, I, **Kyle Gridley**, NON-SERVED Aaron Hall.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **18818 ERWIN ST, TARZANA, Los Angeles County, CA 91335**, I have been unable to effect process upon the person/entity being served due to the following reason(s):
**6/20/2024 10:39 AM: I spoke with an individual who identified themselves as the resident and they stated subject moved.**

**The spoke to the resident elicio Garcia who owns the property, he said Aaron hall lived here about 2 years ago but moved and he now he lives here and runs a truck fleet business.**

Service Fee Total: **$75.00**

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

| NAME: | *Kyle Gridley* | 2024092160 | 06/20/2024 |
|---|---|---|---|
| | Kyle Gridley | Server ID # | Date |



REF: **SC-Liza Gardner**

Page 1 of 1
Tracking #: **0135769102**

SUPERIOR COURT OF NEW JERSEY, COUNTY OF BERGEN

| | |
|---|---|
| **LIZA GARDNER** <br> Plaintiff/Petitioner <br> vs. <br> **SEAN COMBS, ET AL** <br> Defendant/Respondent | Case No.: **BER-L-003365-24** <br><br> DECLARATION OF NON-SERVICE OF <br> **Complaint; Summons; EXHIBITS** |

Received by **Janet Dunn Kovachic**, on the **4th day of September, 2024 at 8:26 PM** to be served upon **Aaron Hall** at **3649 Mount Vernon Dr, View Park, Los Angeles County, CA 90008**.

On the **6th day of September, 2024 at 8:36 AM**, I, **Janet Dunn Kovachic**, NON-SERVED Aaron Hall.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **7908 Halle Ave, Cleveland, Cuyahoga County, OH 44102**, I have been unable to effect process upon the person/entity being served due to the following reason(s):
9/5/2024 9:45 AM: There was no answer at the address.
9/6/2024 8:36 AM: I spoke with an individual who identified themselves as the resident and they stated subject unknown. Daisy Kenya lives the renting her daughter and Aaron hall doesn't live there and they don't know him thanks

Service Fee Total: **$75.00**

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

| NAME: | | | |
|---|---|---|---|
| | Janet Dunn Kovachic | N/A <br> Server ID # | 09/09/2024 <br> Date |

REF: **SC-Liza Gardner**

Page 1 of 1
Tracking #: **0142502570**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:24-CV-07729-LMG-JRA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Aaron Hall**
was recieved by me on  **11/06/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **No contact** after attempting service at **22246 Victory Blvd Apt F208, Woodland Hills, CA 91367**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 46.95** for services, for a total of **$ 46.95**.

I declare under penalty of perjury that this information is true.

Date:  11/12/2024

*Server's signature*

**Haruto Gevorgyan**
*Printed name and title*

**18532 Clark St
Apt 202
Tarzana, CA 91356**

*Server's address*

Additional information regarding attempted service, etc:

**11/7/2024 10:39 AM: There was no answer at the address.
11/7/2024 1:39 PM: There was no answer at the address.
11/8/2024 11:23 AM: I was unable to access the address due to secured building although I waited.
11/9/2024 8:11 AM: There was no answer at the address.
11/10/2024 9:29 AM: I was unable to access the address due to secured building although I waited.
11/10/2024 11:40 AM: I was unable to access the address due to secured building although I waited.
11/11/2024 9:24 AM: There was no answer at the address.
11/11/2024 7:25 PM: There was no answer at the address.**



Tracking #: **0148666869**



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.    **2:24-CV-07729-LMG-JRA**



Tracking #: **0148666869**

