# T. A. BLACKBURN LAW

### TYRONE A. BLACKBURN

_____
MEMBER OF
NY & NJ BAR
_____
FEDERAL MEMBERSHIP
EDNY, NDNY, SDNY, ILND & DNJ
_____
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

January 13, 2026

**Sent via ECF**:
Honorable Leo M. Gordon, USDJ
United States District Judge
United States Court of International Trade
One Federal Plaza
New York, New York, 10278

Re: *Gardner v. Combs et al*, 2:24-cv-07729

Dear Judge Gordon,

My firm represents Plaintiff Liza Gardner ("Ms. Gardner") in the above-referenced case. I write this to update the court on my compliance with the courts December 15, 2025, sanctions order. Attached you will find a sworn affidavit from Ms. Garnder attesting to the fact that I provided her with copies of the documents outlined in the courts December 15, 2026, order. The only document that does not have is a copy of the order to show cause hearing transcript. I will pick up a copy when I visit the court on 1/14/2026 and provide her with a copy of the transcript.

On January 13, 2026, I self-reported to the New Jersey State Bar Office of Attorney Ethics via USPS Priority Express Mail. Tracking Number: EI659893874US. On January 13, 2026, I self-reported to the New York State Bar Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts Departmental Disciplinary Committee via USPS Priority Express Mail. Tracking Number: EI380945115US.

Kind regards,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

Cc: All counsels of record via ECF



**T. A. BLACKBURN LAW, PLLC**
Tyrone A. Blackburn, Esq.
NJBARID#232602020
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
Attorneys for Plaintiff Liza Gardner

| | |
|---|---|
| LIZA GARDNER,<br>                    Plaintiff,<br><br>-against-<br><br>SEAN COMBS,<br>AARON HALL,<br>DONALD EARLE DEGRATE JR., AKA,<br>DEVANTE SWING,<br>UMG RECORDINGS, INC., UNIVERSAL<br>MUSIC GROUP, N.V.<br>JOHN DOES 1-10 (names being fictitious and<br>used to connote an unidentified person<br>responsible for this occurrence), JANE DOES<br>1-10 (names being fictitious and used to<br>connote an unidentified person responsible for<br>this occurrence), ABC CORPORATIONS 1-10<br>(names being fictitious and used to connote<br>unidentified entities responsible for this<br>occurrence),<br>                    Defendants. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>DOCKET NO.: 2:24-cv-07729-LMG-JRA<br><br>**Affidavit Liza Gardner** |

LIZA GARDNER, being duly sworn, deposes and states as follows:

1. I am the Plaintiff in the above-captioned matter and make this affidavit based upon my personal knowledge.
2. I am over the age of eighteen (18) years and am competent to testify to the matters set forth herein.
3. I am represented in this litigation by Tyrone A. Blackburn, Esq., of T. A. Blackburn Law, PLLC.
4. On December 15, 2025, the Honorable Leo M. Gordon, United States Court of International Trade Judge sitting by designation in the District of New Jersey, issued an Opinion and Order (the "Order") in this matter imposing sanctions on my attorney, Mr. Blackburn, pursuant to Federal Rule of Civil Procedure 11.
5. The Court's Order directed Mr. Blackburn to serve and discuss with me, as his client, copies of the following documents:
   a. The Opinion and Order dated December 15, 2025;
   b. Plaintiff's combined response brief to the motions to dismiss;

    c.  The Order to Show Cause ("OSC") underlying the December 15, 2025 Opinion and Order;

    d.  Plaintiff's letter memorandum responding to that OSC;

    e.  The sanctions opinion directed at Mr. Blackburn from the Western District of Pennsylvania in Jakes v. Youngblood, Case No. 2:24-cv-01608-WSS (W.D. Pa. Oct. 16, 2024);

    f.  Defendants' combined letter response; and

    g.  A transcript of the Order to Show Cause hearing held on December 3, 2025.

6. I received from Mr. Blackburn complete copies of all documents listed above in Paragraph 5.

7. Mr. Blackburn and I met by telephone to discuss the contents and implications of these documents.

8. I understand that the Court's December 15, 2025, Opinion and Order imposed these sanctions on Mr. Blackburn personally for his failure to conduct adequate verification of legal authorities cited in pleadings filed on my behalf.

9. I make this affidavit freely and voluntarily, without coercion or duress, to confirm my receipt of the documents ordered by the Court and to acknowledge that Mr. Blackburn has complied with the Court's directive to serve and discuss these documents with me.

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on   __13/01/2026__  .

 

                                              LIZA GARDNER

2