Yonatan Y. Jacobs, Esq. (NJ Bar No.: 022512010)
Erica A. Wolff, Esq. (Admitted *Pro Hac Vice*)
Michael Tremonte, Esq. (Admitted *Pro Hac Vice*)
Katie Renzler, Esq. (Admitted *Pro Hac Vice*)
**SHER TREMONTE LLP**
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
*Attorneys for Sean Combs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>                Plaintiff,<br><br>-against-<br><br>SEAN COMBS et. al.,<br><br>                Defendants. | Case No. 2:24-CV-07729<br><br>**ORDER**<br>**EXTENDING SEAN COMBS'**<br>**TIME TO ANSWER** |

WHEREAS, Plaintiff Liza Gardner and Defendant Sean Combs agree to the following extension;

IT IS SO ORDERED that:

1.    Defendant Sean Combs' deadline to answer the Amended Complaint shall be extended from January 28, 2026 to February 27, 2026;

Dated: January 27, 2026

                                                                                 /s/ Leo M. Gordon
                                                                             Hon. Leo M. Gordon