**SHER TREMONTE LLP**
Yonatan Y. Jacobs
Erica A. Wolff (admitted *pro hac vice*)
Michael Tremonte (admitted *pro hac vice*)
Katie Renzler (admitted *pro hac vice*)
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
YJacobs@shertremonte.com
EWolff@shertremonte.com
MTremonte@shertremonte.com
Krenzler@shertremonte.com
*Attorneys for Defendant Sean Combs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>                Plaintiff,<br><br>   -against-<br><br>SEAN COMBS, et. al.,<br><br>                Defendants. | Case No. 24-CV-07729<br><br>**DEFENDANT SEAN COMBS' ANSWER TO THE AMENDED COMPLAINT[1]**<br><br>**JURY TRIAL DEMANDED** |

## <u>DEFENDANT SEAN COMBS ANSWER TO COMPLAINT</u>

Defendant, Sean Combs ("Defendant"), by his attorneys, hereby answers the Amended

Complaint of Plaintiff, Liza Gardner, as follows:

---

[1] By Opinion and Order of United States Judge Leo M. Gordon of the U.S. Court of International Trade, sitting by designation in the District of New Jersey, dated January 14, 2026, the Third and Tenth Causes of Action in the Amended Complaint against Defendant Sean Combs have been dismissed, and all claims have been dismissed as to Defendants UMG Recordings, Inc. ("UMGR") and Universal Music Group, N.V. ("UMGNV"). *See* ECF No. 98. Accordingly, UMGR and UMGNV are no longer parties to this action.

1.      Paragraph 1 of the Amended Complaint states legal conclusions to which no response is required and refers to a written document that speaks for itself; Defendant refers to such document for a full and complete recitation of its contents. To the extent a response is required, Defendant denies the allegations in Paragraph 1 that relate to him.

2.      Paragraph 2 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 2.

3.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the Amended Complaint, and to the extent that Paragraph 3 contains legal conclusions, no response is required.

4.      Paragraph 4 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

5.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the Amended Complaint.

6.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of the Amended Complaint.

7.      The allegations in Paragraph 7 of the Amended Complaint concerning the Plaintiff's domicile contain legal conclusions as to which no response is required, and Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 7.

8.      Defendant admits he is a United States citizen and that his Federal Bureau of Prisons Register Number is 37452-054, and otherwise denies the allegations in Paragraph 8 of

the Amended Complaint. The allegations in Paragraph 8 concerning Mr. Combs's alleged domicile are legal conclusions to which no response is required.

9.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 of the Amended Complaint.

10.     Defendant denies the allegation concerning the Defendant and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Amended Complaint.

11.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Amended Complaint.

12.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Amended Complaint.

13.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Amended Complaint.

14.     The allegations in Paragraph 14 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 14 that relate to him.

15.     The allegations in Paragraph 15 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 15 that relate to him.

16.     Paragraph 16 of the Amended Complaint states legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 16.

17.     Paragraph 17 of the Amended Complaint states legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 17.

18.     Paragraph 18 of the Amended Complaint states legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 18 of the Amended Complaint.

19.     Paragraph 19 of the Amended Complaint states legal conclusions to which no response is required and refers to a written document that speaks for itself; Defendant refers to such document for a full and complete recitation of its contents. To the extent a response is required, Defendant denies the allegations in Paragraph 19 that relate to him.

20.     Paragraph 20 of the Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 20 refers to documents which speak for themselves, Defendant refers to such documents for a full and complete recitation of their contents. To the extent a response is required, Defendant denies the allegations in Paragraph 20 that relate to him.

21.     Paragraph 21 of the Amended Complaint states legal conclusions to which no response is required.  To the extent Paragraph 21 refers to documents which speak for themselves, Defendant refers to such documents for a full and complete recitation of their contents. To the extent a response is required, Defendant denies the allegations in Paragraph 21 of the Amended Complaint.

22.     Paragraph 22 of the Amended Complaint states legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 22 of the Amended Complaint.

23.     Paragraph 23 of the Amended Complaint states legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 23 of the Amended Complaint.

24.     Paragraph 24 of the Amended Complaint states legal conclusions to which no response is required. To the extent Paragraph 24 refers to documents which speak for themselves, Defendant refers to such documents for a full and complete recitation of their contents.  To the extent a response is required, Defendant denies the allegations in Paragraph 24 of the Amended Complaint.

25.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the Amended Complaint.

26.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Amended Complaint.

27.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the Amended Complaint.

28.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Amended Complaint.

29.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Amended Complaint.

30.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Amended Complaint.

31.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the Amended Complaint.

32.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the Amended Complaint.

33.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Amended Complaint.

34.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the Amended Complaint.

35.     Defendant denies the allegations in Paragraph 35 of the Amended Complaint that concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 35 of the Amended Complaint.

36.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the Amended Complaint.

37.     Defendant denies the allegations in Paragraph 37 of the Amended Complaint that concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning other individuals in Paragraph 37.

38.     Defendant denies the allegations in Paragraph 38 of the Amended Complaint that concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning other individuals or entities in Paragraph 38.

39.     The allegations in Paragraph 39 of the Amended Complaint state legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39.

40.     Paragraph 40 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40.

41.     Defendant denies the allegations in Paragraph 41 of the Amended Complaint that concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning persons or entities other than Defendant.

42.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the Amended Complaint.

43.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43.

44.     Defendant denies the allegations in Paragraph 44 of the Amended Complaint that concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 of the Amended Complaint.

45.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the Amended Complaint.

46.     Defendant denies the allegations in Paragraph 46 of the Amended Complaint that concern Defendant, and lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 46.

47.     Defendant denies the allegations in Paragraph 47 of the Amended Complaint.

48.     Defendant denies the allegations in Paragraph 48 of the Amended Complaint.

49.     Defendant denies the allegations in Paragraph 49 of the Amended Complaint that concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning persons or entities other than Defendant.

50. Paragraph 50 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 50 that relate to him.

51. Defendant denies the allegations in Paragraph 51 of the Amended Complaint that concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning individuals other than Defendant.

52. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Amended Complaint.

53. Defendant denies the allegations in Paragraph 53 of the Amended Complaint that concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 53.

54. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the Amended Complaint.

55. Defendant denies the allegations in Paragraph 55 of the Amended Complaint that concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 55.

56. Defendant denies the allegations in Paragraph 56 of the Amended Complaint.

57. Defendant denies the allegations in Paragraph 57 of the Amended Complaint.

58. Paragraph 58 of the Amended Complaint cites to a document that speaks for itself; Defendant refers to such document for a full and complete recitation of its contents, and denies the allegations in Paragraph 58 of the Amended Complaint to the extent they concern the Defendant.

59.     Paragraph 59 of the Amended Complaint cites to a document that speaks for itself; Defendant refers to such document for a full and complete recitation of its contents, and denies the allegations in Paragraph 59 of the Amended Complaint to the extent they concern the Defendant.

60.     Defendant denies the allegations in Paragraph 60 of the Amended Complaint.

61.     Defendant denies the allegations in Paragraph 61 of the Amended Complaint.

62.     Defendant denies the allegations in Paragraph 62 of the Amended Complaint.

63.     Defendant denies the allegations in Paragraph 63 of the Amended Complaint.

64.     Paragraph 64 of the Amended Complaint cites to a document that speaks for itself; Defendant refers to such document for a full and complete recitation of its contents, and Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 of the Amended Complaint.

65.     Defendant denies the allegations in Paragraph 65 of the Amended Complaint.

66.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 of the Amended Complaint.

67.     Paragraph 67 of the Amended Complaint cites to a document that speaks for itself; Defendant refers to such document for a full and complete recitation of its contents, and otherwise Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 of the Amended Complaint.

68.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 of the Amended Complaint.

69.      Paragraph 69 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69.

70.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 of the Amended Complaint.

71.      To the extent the allegations in Paragraph 71 of the Amended Complaint contain factual allegations that pertain to Defendant, Defendant denies the allegations in Paragraph 71. To the extent Paragraph 71 states legal conclusions, no response is required. Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 pertaining to individuals and entities other than Defendant.

72.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 of the Amended Complaint.

73.      To the extent Paragraph 73 of the Amended Complaint refers to a document that speaks for itself, Defendant refers to such document for a full and complete recitation of its contents, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73.

74.      To the extent Paragraph 74 of the Amended Complaint refers to a document that speaks for itself, Defendant refers to such document for a full and complete recitation of its contents, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74.

75.      To the extent Paragraph 75 of the Amended Complaint states legal conclusions, no response is required. Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75.

76.     Paragraph 76 of the Amended Complaint purports to describe documents which speak for themselves; Defendant refers to the referenced documents for their complete contents, and otherwise denies the allegations in Paragraph 76.

77.     Defendant denies the allegations in Paragraph 77 of the Amended Complaint that concern Defendant and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 77.

78.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 of the Amended Complaint.

79.     The allegations in Paragraph 79 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79.

80.     The allegations in Paragraph 80 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80.

81.     The allegations in Paragraph 81 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81.

82.     The allegations in Paragraph 82 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant lacks

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82.

83.    The allegations in Paragraph 83 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83.

84.    The allegations in Paragraph 84 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84.

85.    The allegations in Paragraph 85 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85.

86.    The allegations in Paragraph 86 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86.

87.    The allegations in Paragraph 87 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87.

88.     The allegations in Paragraph 88 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88.

89.     The allegations in Paragraph 89 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89.

90.     The allegations in Paragraph 90 of the Amended Complaint are legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90.

91.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 of the Amended Complaint.

92.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 of the Amended Complaint.

93.     The allegations in Paragraph 93 of the Amended Complaint contain legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 93 that concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 93.

94.     To the extent Paragraph 94 of the Amended Complaint purports to describe a document which speaks for itself, Defendant refers to the referenced document for its complete

contents. Defendant otherwise denies the allegations in Paragraph 94 of the Amended Complaint that concern the Defendant, and lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others.

95.      To the extent the allegations in Paragraph 95 of the Amended Complaint state legal conclusions, no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 95 which concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 95.

96.      Defendant denies the allegations in Paragraph 96 that relate to him.  To the extent Paragraph 96 of the Amended Complaint states legal conclusions, no response is required.

97.      Paragraph 97 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 97 that relate to him and lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 97.

98.      Paragraph 98 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 98 that relate to him and lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 98.

99.      Paragraph 99 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 99 that relate to him and lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 99.

100.     Paragraph 100 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 100 that relate to him and lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 100.

101.     Paragraph 101 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 101 that relate to him and lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 101.

102.     Paragraph 102 of the Amended Complaint states legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in Paragraph 102 that relate to him and lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 102.

103.     Defendant denies the allegations in Paragraph 103 of the Amended Complaint that concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 103.

104.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 of the Amended Complaint.

105.     Paragraph 105 of the Amended Complaint purports to describe a document which speaks for itself; Defendant refers to such referenced document for a full and complete recitation of its contents, denies the allegations that relate to Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105 of the Amended Complaint.

106.    Paragraph 106 of the Amended Complaint purports to describe a document which speaks for itself; Defendant refers to the referenced document for a full and complete recitation of its contents, denies the allegations in Paragraph 106 which concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 106 of the Amended Complaint.

107.    Paragraph 107 of the Amended Complaint purports to describe a document which speaks for itself; Defendant refers to the referenced document for a full and complete recitation of its contents. Defendant otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107 of the Amended Complaint.

## **FIRST CAUSE OF ACTION**

108.    Defendant repeats his answers to the allegations in all preceding paragraphs as if fully set forth herein.

109.    The allegations in Paragraph 109 of the Amended Complaint state legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations that concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 109.

110.    The allegations in Paragraph 110 of the Amended Complaint state legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 110 that concern Defendant, and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 110.

111.    Paragraph 111 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 111 that relate to him.

112.    Defendant repeats his answers to the allegations in all preceding paragraphs as if fully set forth herein.

113.    Paragraph 113 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 113 that relate to him.

114.    Paragraph 114 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 114 that relate to him.

115.    Paragraph 115 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 115 that relate to him.

116.    The allegations in Paragraph 116 of the Amended Complaint state legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations that concern Defendant and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 116.

117.    Paragraph 117 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 117 that relate to him.

118.    Paragraph 118 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 118 that relate to him.

## SECOND CAUSE OF ACTION

119.    Defendant repeats his answers to the allegations in all preceding paragraphs as if fully set forth herein.

120.    The allegations in Paragraph 120 of the Amended Complaint state legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations which concern Defendant and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 120.

121.    Defendant denies the allegations in Paragraph 121 of the Amended Complaint that concern Defendant and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 121.

122.    The allegations in Paragraph 122 of the Amended Complaint state legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations that concern Defendant and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 122.

123.    Paragraph 123 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 123 that relate to him.

124.    Paragraph 124 of the Amended Complaint states legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 124 that relate to him.

125.    The allegations in Paragraph 125 of the Amended Complaint state legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations that concern Defendant and otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations concerning others in Paragraph 125.

### THIRD CAUSE OF ACTION

126.    Defendant repeats his answers to all preceding paragraphs as if fully set forth herein. Moreover, pursuant to the Opinion and Order of United States Judge Leo M. Gordon of the U.S. Court of International Trade, sitting by designation in the District of New Jersey, the Third Cause of Action in the Amended Complaint has been dismissed in its entirety and thus no response to Paragraphs 126–138 of the Amended Complaint is required. *See* ECF No. 98 at 19, 24. To the extent a response is required, Defendant denies the allegations in Paragraphs 126–138 that relate to him.

### FOURTH CAUSE OF ACTION

139.    Defendant repeats his answers to all preceding paragraphs as if fully set forth herein. The Fourth Cause of Action in the Amended Complaint is not asserted against Defendant and thus no response is required by Defendant to Paragraphs 139–149 the Amended Complaint. To the extent a response is required, Defendant denies the allegations in Paragraphs 139–149 that relate to him.

### FIFTH CAUSE OF ACTION

150.    Defendant repeats his answers to all preceding paragraphs as if fully set forth herein. The Fifth Cause of Action in the Amended Complaint is not asserted against Defendant and thus no response is required by Defendant to Paragraphs 150–160 of the Amended

Complaint. To the extent a response is required, Defendant denies the allegations in Paragraphs 150–160 of the Amended Complaint that relate to him.

## SIXTH CAUSE OF ACTION

161.    Defendant repeats his answers to all preceding paragraphs as if fully set forth herein. The Sixth Cause of Action in the Amended Complaint is not asserted against Defendant and thus no response is required by Defendant to Paragraphs 161–174 of the Amended Complaint. To the extent a response is required, Defendant denies the allegations in Paragraphs 161–174 that relate to him.

## SEVENTH CAUSE OF ACTION

175.    Defendant repeats his answers to all preceding paragraphs as if fully set forth herein. The Seventh Cause of Action in the Amended Complaint is not asserted against Defendant and thus no response is required by Defendant to Paragraphs 175–186 of the Amended Complaint. To the extent a response is required, Defendant denies the allegations in Paragraphs 175–186 that relate to him.

## EIGHT [sic] CAUSE OF ACTION

187.    Defendant repeats his answers to all preceding paragraphs as if fully set forth herein. The Eighth Cause of Action in the Amended Complaint is not asserted against Defendant and thus no response is required by Defendant to Paragraphs 187–192 in the Amended Complaint. To the extent a response is required, Defendant denies the allegations in Paragraphs 187–192 that relate to him.

## NINTH CAUSE OF ACTION

193.    Defendant repeats his answers to all preceding paragraphs as if fully set forth herein. The Ninth Cause of Action in the Amended Complaint is not asserted against Defendant

and thus no response is required by Defendant to Paragraphs 193–199 of the Amended Complaint. To the extent a response is required, Defendant denies the allegations in Paragraphs 193–199 that relate to him.

<strong><u>TENTH CAUSE OF ACTION</u></strong>

200.    Defendant repeats his answers to all preceding paragraphs as if fully set forth herein. Moreover, pursuant to the Opinion and Order of United States Judge Leo M. Gordon of the U.S. Court of International Trade, sitting by designation in the District of New Jersey, Plaintiff's Tenth Cause of Action in the Amended Complaint has been dismissed and thus because the allegations in Paragraphs 200–213 of the Amended Complaint concern that cause of action, no response is required. *See* ECF No. 98 at 20–21, 24. To the extent a response is required, Defendant denies the allegations in Paragraphs 200–213 that relate to him.

<strong><u>ELEVENTH CAUSE OF ACTION</u></strong>

214.    Defendant repeats his answers to all preceding paragraphs as if fully set forth herein.  The Eleventh Cause of Action in the Amended Complaint is not asserted against Defendant and thus no response is required by Defendant to Paragraphs 214–220 of the Amended Complaint. To the extent a response is required, Defendant denies the allegations in Paragraphs 214–220 that relate to him.

<strong><u>RESPONSE TO PRAYER FOR RELIEF</u></strong>

Defendant, Sean Combs, denies every allegation in the Complaint except those expressly admitted above, and denies that Plaintiff is entitled to any damages, relief, judgment, award, fees, or costs whatsoever.

<strong><u>AFFIRMATIVE DEFENSES</u></strong>

Defendant states the following affirmative defenses and reserves his right to later assert other and additional defenses, cross-claims, counterclaims, and third-party claims not asserted

herein of which he becomes aware through discovery or other investigation as may be appropriate. In asserting these affirmative defenses, Defendant does not assume any burden of proof, persuasion, or production with respect to any issue where the applicable law places the burden upon another party.

### FIRST AFFIRMATIVE DEFENSE

1.     Plaintiff's claims are barred, in whole or in part, by the statute of limitations, including because the revival provision on which Plaintiff relies, the Child Sexual Abuse Act, *see* N.J. Stat. Ann. Section § 2A:14-2a, violates Defendant's due process rights protected by the New Jersey State Constitution and the United States Constitution.

### SECOND AFFIRMATIVE DEFENSE

2.     The Amended Complaint fails to state a claim against Defendant upon which relief may be granted.

### THIRD AFFIRMATIVE DEFENSE

3.     Plaintiff's claims are barred in whole or in part by the doctrine of laches.

### FOURTH AFFIRMATIVE DEFENSE

4.     Plaintiff's claims are barred in whole or in part by the doctrine of waiver, release, estoppel, and/or principles of equity.

### FIFTH AFFIRMATIVE DEFENSE

5.     Plaintiff has suffered no injury or damages attributable to any wrongful conduct by Defendant.

### SIXTH AFFIRMATIVE DEFENSE

6.     If Plaintiff has any injuries or damages, such injuries or damages were the result of acts of third parties over which Defendant has no responsibility or control. Any damage, loss,

or liability sustained by Plaintiff must be reduced, diminished, and/or barred in proportion to the wrongful or negligent conduct of persons or entities other than Defendant under the principles of equitable allocation, set-off, proportionate responsibility, and comparative fault.

## SEVENTH AFFIRMATIVE DEFENSE

7.      Plaintiff is not entitled to recover any punitive damages because Defendant did not engage in any wrongful conduct, let alone conduct with malice or reckless disregard for Plaintiff's rights.

## EIGHTH AFFIRMATIVE DEFENSE

8.      Plaintiff voluntarily engaged in or otherwise consented to the alleged conduct at issue.

## NINTH AFFIRMATIVE DEFENSE

9.      Plaintiff's claims are barred by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

10.     Plaintiff's claims are barred because this Court lacks personal jurisdiction over Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

11.     Plaintiff's claims are barred by Plaintiff's failure to mitigate.

## TWELFTH AFFIRMATIVE DEFENSE

12.     Plaintiff's claims are barred by Plaintiff's assumption of risk.

## THIRTEENTH AFFIRMATIVE DEFENSE

13.     Plaintiff's claims are barred to the extent that no violation of the New Jersey Penal Law, or any other applicable criminal law, occurred.

## FOURTEENTH AFFIRMATIVE DEFENSE

14.     In the event Plaintiff has reached or will reach agreements and/or settlement with any other persons, Defendant Combs reserves his right to any or all offsets from payments and settlements to the Plaintiff.

## FIFTEENTH AFFIRMATIVE DEFENSE

15.     In the event that that the Plaintiff recovers damages for any economic loss arising from the allegations in the Amended Complaint, the amount of the award shall be reduced by the sum total of all reimbursements or indemnification from any collateral source, including but not limited to insurance, social security payment, workers' compensation, employees benefits, or other source.

## SIXTEENTH AFFIRMATIVE DEFENSE

16.     Defendant reserves the right to amend his answer and assert additional affirmative defenses as may become apparent or necessary as a consequence of discovery or otherwise.

## DEMAND FOR A JURY TRIAL

Defendant Sean Combs demands a jury trial.

**WHEREFORE**, Defendant prays for relief as follows:

1. That the Amended Complaint be dismissed, with prejudice and in its entirety as to Defendant;

2. That Plaintiff take nothing by reason of this Amended Complaint as to Defendant and that judgment be entered against Plaintiff and in favor of Defendant;

3. That Defendant be awarded his attorney's fees and costs incurred in defending against this frivolous and vexatious action as asserted against him; and

4. That Defendant be granted such other and further relief as the Court may deem just and proper.

Dated: New York, New York
February 27, 2026

Respectfully submitted,

*/s/ Yonatan Y. Jacobs*

Yonatan Y. Jacobs
Erica A. Wolff
Michael Tremonte
Katie Renzler
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel.: (212) 202-2600
Fax: (212) 202-4156
YJacobs@shertremonte.com
EWolff@shertremonte.com
MTremonte@shertremonte.com
KRenzler@shertremonte.com

*Attorneys for Defendant Sean Combs*