**T. A. BLACKBURN LAW, PLLC**
Tyrone A. Blackburn, Esq.
NJBARID#232602020
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
*Attorneys for Plaintiff Liza Gardner*

| | |
|---|---|
| LIZA GARDNER,<br><br>                    Plaintiff,<br><br>-against-<br><br>SEAN COMBS,<br>AARON HALL,<br>DONALD EARLE DEGRATE JR., AKA,<br>DEVANTE SWING,<br>UMG RECORDINGS, INC., UNIVERSAL<br>MUSIC GROUP, N.V.<br>JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote unidentified entities responsible for this occurrence),<br><br>                    Defendants. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>---<br><br>DOCKET NO.: 2:24-cv-07729-LMG-JRA<br><br>Request For Entry of Default as to Defendant Aaron Hall |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Plaintiff Liza Gardner, by and through undersigned counsel, hereby requests that the Clerk of the Court enter default against Defendant Aaron Hall pursuant to Federal Rule of Civil Procedure 55(a) on the grounds that:

1. Defendant Aaron Hall was duly served with the Summons and Amended Complaint on February 2, 2026, as evidenced by the Affidavit of Service filed with this Court (ECF No. 102).
2. More than twenty-one (21) days have elapsed since service was perfected.
3. Defendant Aaron Hall has failed to appear, answer, or otherwise respond to the Amended Complaint; and
4. Defendant Aaron Hall is not an infant, incompetent person, or member of the military service of the United States.

Accordingly, Plaintiff respectfully requests that the Clerk enter default against Defendant Aaron Hall.

DATED: March 31, 2026

/s/*Tyrone A. Blackburn, Esq.*
TYRONE A. BLACKBURN
**T. A. Blackburn Law, PLLC**