**T. A. BLACKBURN LAW, PLLC**
Tyrone A. Blackburn, Esq.
NJBARID#232602020
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
*Attorneys for Plaintiff Liza Gardner*

| | |
|---|---|
| LIZA GARDNER,<br><br>        Plaintiff,<br><br>-against-<br><br>SEAN COMBS,<br>AARON HALL,<br>DONALD EARLE DEGRATE JR., AKA,<br>DEVANTE SWING,<br>UMG RECORDINGS, INC., UNIVERSAL<br>MUSIC GROUP, N.V.<br>JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote unidentified entities responsible for this occurrence),<br>        Defendants. | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>DOCKET NO.: 2:24-cv-07729-LMG-JRA<br><br>Declaration Of Tyrone A. Blackburn, Esq. In Support of Request for Entry of Default |

I, Tyrone A. Blackburn, Esq., declare as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel for Plaintiff Liza Gardner and submit this Declaration in support of Plaintiff's request for entry of default against Defendant Aaron Hall.

2. Defendant Aaron Hall was duly served with the Summons and Amended Complaint on February 2, 2026, at 11:59 AM EST at 3331 Old Milton Parkway, Suite 309, Alpharetta, Georgia 30005, as reflected in the Affidavit of Service filed on February 3, 2026. (See, Exhibit 1).

3. The Affidavit of Service reflects that Defendant Aaron Hall personally received the legal papers after being advised of their nature.

4. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's time to respond expired 21 days after service, and no answer, motion, or appearance has been filed.

5. To date, Defendant Aaron Hall has failed to plead or otherwise defend in this action.

6. Upon information and belief, Defendant Aaron Hall:

   o   is not an infant.
   o   is not an incompetent person; and
   o   is not in military service, as defined by the Servicemembers Civil Relief Act.

7. Accordingly, Plaintiff is entitled to entry of default under Federal Rule of Civil Procedure 55(a).

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 31, 2026

/s/*Tyrone A. Blackburn, Esq.*
TYRONE A. BLACKBURN
**T. A. Blackburn Law, PLLC**