Exhibit 1

Case 2:24-cv-07729-LMG-JRA     Document 105-2     Filed 03/31/26     Page 1 of 2 PageID: 2551

# AFFIDAVIT OF SERVICE

| Case:<br>2:24-CV-07729-LMG-JRA | Court:<br>UNITED STATES DISTRICT COURT DISTRICT<br>OF NEW JERSEY | County:<br>Essex, NJ | Job:<br>15112805 (2:24-CV-07729-LMG-JRA) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>LIZA GARDNER | | **Defendant / Respondent:**<br>SEAN COMBS, ET AL | |
| **Received by:**<br>Metro Investigations LLC | | **For:**<br>T. A. Blackburn Law, PLLC | |
| **To be served upon:**<br>AARON HALL | | | |

I, ANDREW DRAKE, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** AARON HALL, Company: 3331 Old Milton Parkway 309, Alpharetta, GA 30005

**Manner of Service:** Authorized, Feb 2, 2026, 11:59 am MST

**Documents:** SUMMONS ON AMENDED COMPLAINT

**Additional Comments:**
Successful Attempt: Feb 2, 2026, 11:59 am EST at 3331 Old Milton Parkway 309, Alpharetta, GA 30005 received by AARON HALL. Age: 61; Ethnicity: African American; Gender: Male; Weight: 165; Height: 6'0"; Hair: Bald; Eyes: Brown; Other: Tan hoodie with 'Always Thinking Big' on front. White beard and wearing a black durag.;

On 2/2/2026 at 11:58 AM, I arrived at the Extended Stay America located at 3331 Old Milton Pkwy, Alpharetta, GA 30005. Upon arrival, I spoke with a front desk staff member, Lis, and asked for Aaron Hall's room number. She stated that he was staying in Room #309. I proceeded to Room #309 and knocked on the door twice before he opened it. I informed him that I needed to deliver legal papers for Aaron Hall, at which time he asked what the papers were for. He then looked at the documents and stated, "I ain't doing that," before attempting to close the door. At that time, the papers were placed on the ground directly in front of him. He then shut the door, leaving the papers inside the room at his feet.

_____    2-3-26
ANDREW DRAKE                        Date

Metro Investigations LLC
8014 Cumming Hwy Suite 403-133
Canton, GA 30115
7062946954

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
**Notary Public**
02/03/2026    08/20/2027
**Date**    **Commission Expires**

KIM MCNEMAR
NOTARY
EXPIRES
GEORGIA
August 20, 2027
PUBLIC
PICKENS COUNTY