**T. A. BLACKBURN LAW, PLLC**
Tyrone A. Blackburn, Esq.
NJBARID#232602020

1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
*Attorneys for Plaintiff Liza Gardner*

|  |  |
|---|---|
| LIZA GARDNER,<br>　　　　　　　Plaintiff,<br><br>-against-<br><br>SEAN COMBS,<br>AARON HALL,<br>DONALD EARLE DEGRATE JR., AKA,<br>DEVANTE SWING,<br>UMG RECORDINGS, INC., UNIVERSAL<br>MUSIC GROUP, N.V.<br>JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote unidentified entities responsible for this occurrence),<br>　　　　　　　Defendants. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>DOCKET NO.: 2:24-cv-07729-LMG-JRA<br><br>Clerk's Entry of Default |

It appearing from the Request for Entry of Default and supporting Declaration that Defendant Aaron Hall has failed to plead or otherwise defend in this action, and that default is warranted under Federal Rule of Civil Procedure 55(a).

IT IS HEREBY ORDERED that default is entered against Defendant Aaron Hall.

DATED: _____, 2026

_____
Clerk of the Court