Yonatan Y. Jacobs, Esq. (NJ Bar No.: 022512010)
Erica A. Wolff, Esq. (Admitted *Pro Hac Vice*)
Michael Tremonte, Esq. (Admitted *Pro Hac Vice*)
Katie Renzler, Esq. (Admitted *Pro Hac Vice*)
**SHER TREMONTE LLP**
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
*Attorneys for Sean Combs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIZA GARDNER,<br><br>                          Plaintiff,<br><br>          -against-<br><br>SEAN COMBS et. al.,<br><br>                          Defendants. | Case No. 2:24-CV-07729 |

## STIPULATION REGARDING RULING ON MOTION FOR DEFAULT JUDGMENT

WHEREAS, on June 6, 2024, Plaintiff Liza Gardner commenced this action against Defendants Sean Combs, Aaron Hall, UMG Recordings, Inc., Universal Music Group, N.V., John Does 1-10, Jane Does 1-10, and ABC Corporations 1-10, ECF No. 1-1;

WHEREAS, on July 12, 2024, Defendants Uptown Records, MCA Inc., Universal Music Group (the "Corporate Defendants") removed the action to this Court, ECF No. 1;

WHEREAS, on October 8, 2024, Plaintiff filed a First Amended Complaint, which, among other things, added as a named defendant Donald Earle Degrate Jr., ECF No. 42;

WHEREAS, on December 17, 2024, the Corporate Defendants and Defendant Sean Combs moved to dismiss the First Amended Complaint, ECF Nos. 51, 53;

1

WHEREAS, on January 15, 2025, Plaintiff voluntarily dismissed Defendant Degrate, ECF No. 57;

WHEREAS, on March 24, 2025, Plaintiff moved for leave to serve Defendant Aaron Hall by publication, ECF No. 70;

WHEREAS, on April 24, 2025, the Court denied without prejudice Plaintiff's motion to serve Defendant Hall by publication, ECF No. 72;

WHEREAS, on January 9, 2026, Plaintiff moved again for leave to serve Hall by publication. ECF No. 94.

WHEREAS, on January 14, 2026, the Court granted the Corporate Defendants' motion to dismiss in its entirety and granted in part and denied in part Defendant Combs's motion to dismiss, ECF No. 98;

WHEREAS, on February 3, 2026, Plaintiff filed an Affidavit of Service stating that Defendant Hall had been served with the First Amended Complaint, ECF No. 102;

WHEREAS, on February 27, 2026, Defendant Combs answered the First Amended Complaint, ECF No. 103;

WHEREAS, on March 31, 2026, Plaintiff requested the Clerk of the Court to enter default against Defendant Hall pursuant to Federal Rule of Civil Procedure 55(a), ECF No. 105;

WHEREAS, on April 1, 2026, the Clerk of Court issued an Entry of Default as to Defendant Hall;

WHEREAS, on April 13, 2026, Plaintiff filed a Motion for Default Judgment as to Defendant Hall, ECF No. 106.

**IT IS HEREBY STIPULATED AND AGREED,** by the undersigned counsel for Plaintiff, on the one hand, and Defendant Sean Combs, on the other hand, as follows:

1.      The Court shall defer ruling on Plaintiff's Motion for Default Judgment as to Defendant Hall pending resolution of Plaintiff's claims on the merits as to Defendant Sean Combs.

2.      This stipulation can be signed in counterparts, and facsimile / PDF / electronic signatures shall be deemed originals for the purpose of this stipulation.

Dated:  April 30, 2026
          New York, New York

T.A. BLACKBURN LAW, PLLC

By: _/s/ Tyrone A. Blackburn_

    Tyrone A. Blackburn

    1241 E. 80th Street, 3rd Floor
    Brooklyn, New York 11236

    E-mail: tblackburn@tablackburnlaw.com

    *Attorney for Plaintiff Liza Gardner*

SHER TREMONTE LLP

By: _/s/ Yonatan Y. Jacobs_

    Yonatan Y. Jacobs (NJ Bar No.: 022512010)
    Erica A. Wolff, Esq. (Admitted *Pro Hac Vice*)
    Michael Tremonte, Esq. (Admitted *Pro Hac Vice*)
    Katie Renzler, Esq. (Admitted *Pro Hac Vice*)
    90 Broad Street, 23rd Floor
    New York, New York 10004
    Tel: (212) 202-2600
    E-mail: yjacobs@shertremonte.com

    *Attorneys for Defendant*
    *Sean Combs*