**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIZA GARDNER,<br><br>       Plaintiff,<br><br>       v.<br><br>SEAN COMBS, AARON HALL, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, N.V., JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence),<br><br>       Defendants. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:24-cv-07729 |

**ORDER**

This matter having come before the court for a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on May 5, 2026; and for good cause shown, it is hereby

**ORDERED** that fact discovery shall commence on May 11, 2026; it is further

**ORDERED** that initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure are to be exchanged on or before May 26, 2026; it is further

**ORDERED** that the parties' initial demands for production of documents are to be exchanged on or before June 25, 2026; it is further

Court No. 2:24-cv-07729                                                    Page 2


**ORDERED** that on or before June 25, 2026, the parties are to confer and submit

to the court a joint proposed schedule as to the remaining fact discovery; and it is further

**ORDERED** that the parties shall meet with the court to discuss the joint proposed

schedule during the week of July 13, 2026.




/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)




Dated: May 7, 2026
        Newark, New Jersey