UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LIZA GARDNER | : | |
| | : | Civil Action No. 2:24-cv-07729 |
| Plaintiff(s) | : | |
| | : | |
| v. | : | **CLERK'S CERTIFICATE OF CASH DEPOSIT** |
| | : | |
| SEAN COMBS, et al. | : | |
| | : | |
| Defendant(s) | : | |
| | : | |

I hereby certify that on May 11, 2026, *Six Thousand Dollars ($6,000.00)* (Receipt #'s 54064 & 54067) was deposited in the Registry of the Court pursuant to the Order signed on December 15, 2025 by Judge Leo M. Gordon.

MELISSA E. RHOADS, CLERK

By: *Brian Lawrence*

Brian Lawrence, Financial Specialist