**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

LIZA GARDNER,

       Plaintiff,

       v.

SEAN COMBS, AARON HALL, UMG
RECORDINGS, INC., UNIVERSAL MUSIC
GROUP, N.V., JOHN DOES 1-10 (names
being fictitious and used to connote an
unidentified person responsible for this
occurrence), JANE DOES 1-10 (names
being fictitious and used to connote an
unidentified person responsible for this
occurrence), ABC CORPORATIONS 1-10
(names being fictitious and used to connote
an unidentified person responsible for this
occurrence),

       Defendants.

Before: Leo M. Gordon, Judge

Court No. 2:24-cv-07729

**ORDER**

Upon consultation with counsel for the parties at a hearing held on May 11, 2026;

and upon consideration of all other papers and proceedings had in this action, it is hereby

**ORDERED** that the order of May 7, 2026, ECF No. 108, is amended as follows:

1. The deadline for the parties to meet and confer is changed from June 25, 2026 to June 8, 2026;

2. Counsel for the parties are to email the court via Jessica Batista LoGatto, a draft of their joint proposed schedule as to fact discovery other than that provided in the May 7, 2026 order on or before June 8, 2026 at 4:00 p.m.; and

Court No. 2:24-cv-07729                                                    Page 2

3.  The date for counsel for the parties to meet with the court to discuss the joint proposed schedule is changed from the week of July 13, 2026 to June 9, 2026 at 2:30 p.m., and said meeting shall take place via teleconference.


/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)



Dated: May 11, 2026
        Newark, New Jersey