T. A. BLACKBURN LAW, PLLC
Tyrone A. Blackburn, Esq.
NJBARID#232602020
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
*Attorneys for Plaintiff Liza Gardner*

| | |
|---|---|
| LIZA GARDNER,<br><br>        Plaintiff,<br><br>-against-<br><br>SEAN COMBS,<br>AARON HALL,<br>DONALD EARLE DEGRATE JR., AKA,<br>DEVANTE SWING,<br>UMG RECORDINGS, INC., UNIVERSAL<br>MUSIC GROUP, N.V.<br>JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote unidentified entities responsible for this occurrence),<br><br>        Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>DOCKET NO.: 2:24-cv-07729-LMG-JRA<br><br>Proposed Order<br>For Admission Pro Hac Vice |

This Court having reviewed the moving papers of the applicant, out-of-state attorney Marjorie Mesidor, Esq., and having considered this matter pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey, and good cause having been shown; it is:

**ORDERED** that Marjorie Mesidor, Esq., of Mesidor PLLC, 30 Station Road, Suite 5, Bellport, New York 11713, be and hereby is permitted to appear pro hac vice as counsel for Plaintiff Liza Gardner in the above-captioned action; provided that, pursuant to Local Civil Rule 101.1(c)(4), an appearance as counsel of record shall be filed promptly by Tyrone A. Blackburn, Esq., T.A. Blackburn Law, PLLC, a member of the bar of this Court, upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law admitted to the bar of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees, or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court; and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee of $267.00 for calendar year 2026, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court, in accordance with New Jersey Court Rule 1:28-2(a) and Local Civil Rule 101.1(c)(2), said fee to be deposited within twenty (20) days of the date of entry of this Order, by check payable to "New Jersey Lawyers' Fund for Client Protection," mailed to: New Jersey Lawyers' Fund for Client Protection, P.O. Box 961, Trenton, New Jersey 08625-0961; and it is further

**ORDERED** that the $250.00 fee required by Local Civil Rule 101.1(c)(3) for pro hac vice admission to the United States District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order, by check payable to "Clerk, U.S. District Court," and forwarded to: United States District Court, District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102, Attention: Pro Hac Vice Admissions; and it is further

**ORDERED** that the applicant shall be bound by the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey and the Rules of Professional Conduct as revised by the New Jersey Supreme Court, and shall be subject to the disciplinary jurisdiction of this Court; and it is further

**ORDERED** that the applicant shall notify the Court immediately of any matter affecting her standing at the bar of any other court; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection within five (5) days of its date of entry.

**SO ORDERED**

This____day of _____, 2026.

_____

Hon. Leo M. Gordon
U.S. District Judge
(Sitting by Designation in the District of New Jersey)