T. A. BLACKBURN LAW, PLLC
Tyrone A. Blackburn, Esq.
NJBARID#232602020
1242 E. 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
*Attorneys for Plaintiff Liza Gardner*

| | |
|---|---|
| LIZA GARDNER,<br><br>      Plaintiff,<br><br>-against-<br><br>SEAN COMBS,<br>AARON HALL,<br>DONALD EARLE DEGRATE JR., AKA,<br>DEVANTE SWING,<br>UMG RECORDINGS, INC., UNIVERSAL<br>MUSIC GROUP, N.V.<br>JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote unidentified entities responsible for this occurrence),<br>      Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>DOCKET NO.: 2:24-cv-07729-LMG-JRA<br><br>Notice Of Motion For Admission<br>Pro Hac Vice |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Heather Palmore in Support of Admission Pro Hac Vice, the Certified Statement of Bar Memberships, the certificates of good standing attached thereto, and all prior pleadings and proceedings herein, Plaintiff's local counsel, Tyrone A. Blackburn, Esq., of T.A. Blackburn Law, PLLC, a member in good standing of the Bar of the United States District Court for the District of New Jersey, will move before this Court, at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey 07102, at a date and time to be determined by the Court, for an Order pursuant to Local Civil Rule 101.1(c) of the United States District Court for the District of New Jersey, granting the admission pro hac vice of Heather Palmore, Esq., of Palmore Law Group, P.C., as counsel for Plaintiff Liza Gardner in the above-captioned action.

Dated: Brooklyn, New York
May 12, 2026

Respectfully submitted,

*/s/Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.
T.A. Blackburn Law, PLLC
1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236
Tel: (347) 342-7432
tblackburn@tablackburnlaw.com
*Local Counsel for Plaintiff Liza Gardner*
