T. A. BLACKBURN LAW, PLLC
Tyrone A. Blackburn, Esq.
NJBARID#232602020
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236
P: 347-342-7432
*Attorneys for Plaintiff Liza Gardner*

| | |
|---|---|
| LIZA GARDNER,<br><br>                  Plaintiff,<br><br>-against-<br><br>SEAN COMBS,<br>AARON HALL,<br>DONALD EARLE DEGRATE JR., AKA,<br>DEVANTE SWING,<br>UMG RECORDINGS, INC., UNIVERSAL<br>MUSIC GROUP, N.V.<br>JOHN DOES 1-10 (names being fictitious and<br>used to connote an unidentified person<br>responsible for this occurrence), JANE DOES<br>1-10 (names being fictitious and used to<br>connote an unidentified person responsible for<br>this occurrence), ABC CORPORATIONS 1-10<br>(names being fictitious and used to connote<br>unidentified entities responsible for this<br>occurrence),<br><br>                  Defendants. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>DOCKET NO.: 2:24-cv-07729-LMG-JRA<br><br>Notice of Appearance<br>Marjorie Mesidore |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Marjorie Mesidore hereby enters her appearance as counsel for Plaintiff Liza Gardner in the above-captioned action. Ms. Mesidore respectfully requests that all future correspondence, filings, notices, orders, and communications in this matter be directed to her attention at the address set forth below.

Ms. Mesidore appears in this action in association with T.A. Blackburn Law, PLLC, existing counsel of record for Plaintiff.

Mesidor PLLC,
30 Station Road, Suite 5,
Bellport, New York 11713
Phone: (212) 930-6010
Email: mm@marjoriemesidor.com

Dated: June 4, 2025

*/s/ Marjorie Mesidore*
Marjorie Mesidore, Esq.

CERTIFICATE OF SERVICE

I, Marjorie Mesidore, hereby certify that on June 4, 2026, I caused the foregoing Notice of Appearance to be served upon all counsel of record via the Court's CM/ECF electronic filing system, which will automatically send notification of such filing to all registered participants, including:

For Defendant Sean Combs:
Yonatan Y. Jacobs, Esq.
Erica A. Wolff, Esq.
Michael Tremonte, Esq.
Katie Renzler, Esq.
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, NY 10004
YJacobs@shertremonte.com
EWolff@shertremonte.com
MTremonte@shertremonte.com
KRenzler@shertremonte.com

*/s/ Marjorie Mesidore*
Marjorie Mesidore, Esq.

2