**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| LIZA GARDNER,<br><br>          Plaintiff,<br><br>          v.<br><br>SEAN COMBS, AARON HALL, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, N.V., JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence),<br><br>          Defendants. | Before: Leo M. Gordon, Judge<br><br>Court No. 2:24-cv-07729 |

**ORDER**

Upon consultation with counsel for the parties at a case management conference held on June 9, 2026, and upon consideration of all other papers and proceedings in this action, and:

**WHEREAS**, pursuant to the Order dated May 11, 2026 (ECF No. 111), the Court has directed the parties to submit to the Court by email a joint proposed order as to fact discovery on or before June 8, 2026 at 4:00 pm;

**WHEREAS** the parties have conferred regarding a proposed schedule for fact discovery;

**WHEREAS** the parties have exchanged initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure;

**WHEREAS** the parties anticipate that expert discovery will be necessary, including but not limited to a mental health expert and an independent medical examination of the Plaintiff, and anticipate requesting that the Court set a schedule for expert discovery following the close of fact discovery; and

**WHEREAS** the parties anticipate a protective order may be needed to permit each Party to designate as "confidential" materials produced during discovery; it is hereby:

**ORDERED** that fact discovery shall proceed according to the following schedule:

1.  On or before June 25, 2026, Plaintiff shall serve amended initial disclosures to address Defendant's objections as discussed during the parties' meet and confer;

2.  Plaintiff shall provide HIPAA-compliant medical records release authorizations for all relevant medical providers within 30 days of Defendant's request for such releases;

3.  Initial requests for production of documents pursuant to Rule 34 of the Federal Rules of Civil Procedure shall be served on or before June 25, 2026;

4.  Parties shall serve written responses and objections to requests for production documents within 60 days of service of such requests;

5.  Parties shall meet and confer regarding a proposed protective order to govern the disclosure of confidential discovery information and shall

submit such proposed order for the Court's consideration on or before June 29, 2026;

6. Parties shall substantially complete the production of documents by October 1, 2026;

7. All additional written discovery requests, including Interrogatories and Requests for Admission (if any) pursuant to Rules 33 and 36 of the Federal Rules of Civil Procedure, except for Contention Interrogatories pursuant to Local Civil Rule 33.1(d), shall be served by March 1, 2027;

8. Parties shall serve responses and objections to any Interrogatories or Requests for Admissions within 60 days of service of such Interrogatories or Requests for Admission;

9. Fact depositions shall be completed by June 4, 2027;

10. All fact discovery shall be completed by June 4, 2027;

11. Parties shall meet and confer via teleconference or in person in good faith to resolve any discovery disputes prior to seeking relief from the Court. Any discovery dispute shall be raised promptly in accordance with the Court's procedures;

12. Any of the deadlines in paragraphs 1 through 8 may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 10; and

Court No. 2:24-cv-07729                                                  Page 4

13.   The deadlines set forth in paragraphs 9 and 10 may be modified by Order of

the Court upon good cause shown.


/s/ Leo M. Gordon_____
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)


Dated: June 9, 2026
       Newark, New Jersey