**SHER TREMONTE LLP**
Yonatan Y. Jacobs (022512010)
Erica A. Wolff (admitted *pro hac vice*)
Michael Tremonte (admitted *pro hac vice*)
Katie Renzler (admitted *pro hac vice*)
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
YJacobs@shertremonte.com
EWolff@shertremonte.com
MTremonte@shertremonte.com
Krenzler@shertremonte.com
*Attorneys for Defendant Sean Combs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIZA GARDNER,<br>Plaintiff,<br><br>v.<br><br>SEAN COMBS, et al.<br>Defendants. | Case No. 24-CV-07729<br><br>**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE that upon the Declaration of Michael Tremonte, dated September 18, 2026, and all prior pleadings and proceedings herein, Sher Tremonte LLP will move this Court, on October 19, 2026 at a time to be set by the Court, at the United States Courthouse for the Court of International Trade, One Federal Plaza, New York, New York, for an order, pursuant to Local Civil Rule

102.1 of the Local Rules of the United States District Court for the District of New Jersey, granting Sher Tremonte LLP, and each of its attorneys who have appeared in this action, leave to withdraw as counsel of record for Defendant Sean Combs, for a 30-day adjournment of all deadlines to allow Mr. Combs to retain new counsel, and for such other and further relief as the Court may deem just and proper.

Dated: September 18, 2026
New York, New York

SHER TREMONTE LLP

By: */s/ Yonatan Y. Jacobs*

Yonatan Y. Jacobs
Erica A. Wolff (admitted *pro hac vice*)
Michael Tremonte (admitted *pro hac vice*)
Katie Renzler (admitted *pro hac vice*)
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
yjacobs@shertremonte.com

*Attorneys for Defendant Sean Combs*