SHER TREMONTE LLP

October 22, 2026

**BY ECF**
Honorable Leo M. Gordon
United States District Judge
United States Court of International Trade
One Federal Plaza
New York, NY 10278

**Re: *Gardner v. Combs, et al.*, Case No. 24-cv-07729**

Dear Judge Gordon:

We represent Sean Combs in the above-referenced matter and write regarding our pending motion to withdraw as counsel (the "Motion"). *See* ECF No. 120–121. We write to respectfully bring to the Court's attention as supplemental authority in support of the Motion, four recent decisions which granted Sher Tremonte LLP's motion to withdraw as counsel in similar matters involving Mr. Combs. These decisions, all from the Southern District of New York, apply criteria analogous to the New Jersey standards for withdrawal upon which the Motion rests.

First, a true and correct copy of Judge Caproni's October 13, 2026 decision in *Kelly v. Combs*, No. 24-CV-8024 (VEC), 2026 WL 3061748 (S.D.N.Y. Oct. 13, 2026), is attached hereto as Exhibit A. The court in *Kelly* granted Sher Tremonte LLP's motion to withdraw as counsel in its entirety, *id.* at *1, and granted the request for a retaining lien pending submission of supporting documentation, *id.* at *3. The court agreed that defendant's lack of payment and the breakdown in attorney-client relationship "are sufficient to justify Sher Tremonte's withdrawal from this matter." *Id*. at *2.

Similarly, Judge Rochon granted Sher Tremonte LLP's motion to withdraw as counsel in two additional cases. A copy of Judge Rochon's October 20, 2026 decision in *Doe v. Combs, et al.*, No. 24-CV-7778 (JLR), ECF No. 91 (S.D.N.Y. Oct 20, 2026) is attached hereto as Exhibit B. A copy of Judge Rochon's October 20, 2026 decision in *Doe v. Combs, et al.*, No. 24-CV-9852 (JLR), ECF No. 67 (S.D.N.Y. Oct 20, 2026) is attached hereto as Exhibit C. In these decisions, Judge Rochon granted Sher Tremonte LLP's motion in its entirety, granted the request for a retaining lien pending submission of supporting documentation, and ordered the corporate defendants to obtain new counsel within 14 days after the stays in those cases are lifted. Ex. A at 1; Ex. B at 1.

Finally, Judge Cronan granted Sher Tremonte LLP's motion to withdraw in another case. In *Combs v. Burgess et al.*, 25-cv-00650 (JPC), ECF No. 130 (S.D.N.Y. Oct. 21, 2026), Judge Cronan granted Sher Tremonte LLP's motion in its entirety. In so doing, Judge Cronan permitted Sher Tremonte LLP to withdraw as counsel and granted its request for a retaining lien to be fixed

upon documentation of the amount owed. A copy of Judge Cronan's decision is attached hereto as Exhibit D.

Respectfully submitted,

*/s/ Yonatan Y. Jacobs*

Yonatan Y. Jacobs (NJ Bar No.: 022512010)
Michael Tremonte (admitted *pro hac vice*)
Erica Wolff (admitted *pro hac vice*)
Katie Renzler (admitted *pro hac vice*)
SHER TREMONTE LLP
90 Broad Street, 23rd Fl.
New York, New York 10004
T: 212.202.2600
yjacobs@shertremonte.com
mtremonte@shertremonte.com
ewolff@shertremonte.com
krenzler@shertremonte.com