UNITED STATES DISTRICT COURT – DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

Newark Date: 11/12/2026

**JUDGE LEO M. GORDON (CIT)**
Deputy Clerk: William Heim
Court Reporter: Diane DiTizii

**TITLE OF CASE:**
**LIZA GARDNER v. SEAN COMBS, et al. 2:24-cv-07729-LMG-JRA**

**APPEARANCES:**

Tyrone A. Blackburn, Esq. for Plaintiff Liza Gardner
Yonatan Y. Jacobs, Esq. for Defendant Sean Combs
Pro Hac Vice Counsel, Erica A. Wolff, Esq. for Defendant Sean Combs

**NATURE OF PROCEEDINGS:**

Motion Hearing to Withdraw as Attorney as to Defendant Sean Combs held.
Order to be entered by the Court.

William Heim
Deputy Clerk

Time Commenced: 10:30 AM
Time Adjourned: 11:09 AM
Total Time: 39 Minutes