**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

LIZA GARDNER,

Plaintiff,

v.

SEAN COMBS, AARON HALL, UMG RECORDINGS, INC., UNIVERSAL MUSIC GROUP, N.V., JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), ABC CORPORATIONS 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence),

Defendants.

Before: Leo M. Gordon, Judge

Court No. 2:24-cv-07729

## ORDER

On September 18, 2026, Sher Tremonte LLP ("Sher Tremonte") moved for leave to withdraw as counsel for Defendant Sean Combs. Mot. to Withdraw, ECF No. 120. The motion is unopposed. This Court held a hearing on the Motion on November 12, 2026. Under Rule 102.1 of the Local Civil Rules of the District of New Jersey "[u]nless other counsel is substituted, no attorney may withdraw an appearance except by leave of Court." Local Rule 102.1.

After careful consideration of the reasons set forth in Sher Tremonte's moving papers, the arguments presented at the hearing, the absence of any opposition, and for good cause shown, it is hereby

**ORDERED** that Sher Tremonte's motion to withdraw is granted; it is further

**ORDERED** that Sher Tremonte shall serve this order upon Defendant Combs' power of attorney by delivering a copy via email, with proof of service on the recipient's respective email address filed on the docket. Additionally, Sher Tremonte shall serve a copy of this Order via Overnight Mail, with signature required delivery, to Defendant Combs and file proof of service on the docket; it is further

**ORDERED** that Defendant Combs shall file a letter on or before January 20, 2027, advising the Court as to whether he has retained new counsel or intends to proceed pro se; and it is further

**ORDERED** that the parties shall conduct a videoconference with the Court regarding further proceedings in this matter on January 27, 2027.

/s/ Leo M. Gordon
Leo M. Gordon, Judge
U.S. Court of International Trade
(sitting by designation in the District of New Jersey)

Dated: November 19, 2026
Newark, New Jersey